**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Masahiko** First name _____ Middle name **Negita** Last name and Suffix (Sr., Jr., II, III) | **Yasuko** First name _____ Middle name **Negita** Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8158 | xxx-xx-1877 |

Debtor 1   **Masahiko Negita**
Debtor 2   **Yasuko Negita**                                          Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN _____ | EIN _____ |

**5. Where you live**

About Debtor 1:

**8 Floral Terrace**
**Tenafly, NJ 07670**
Number, Street, City, State & ZIP Code

**Bergen**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

About Debtor 2 (Spouse Only in a Joint Case):

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐  I have another reason.
   Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐  I have another reason.
   Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Masahiko Negita**

Debtor 2    **Yasuko Negita**

Case number *(if known)* _____

---

**Part 2:** **Tell the Court About Your Bankruptcy Case**

7. **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

8. **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

9. **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

---

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | | Relationship to you _____ |
| District | _____ | When _____ | Case number, if known _____ |
| Debtor | _____ | | Relationship to you _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

11. **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Masahiko Negita**
Debtor 2    **Yasuko Negita**

Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

Name of business, if any
_____

Number, Street, City, State & ZIP Code
_____

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

---

Debtor 1    **Masahiko Negita**

Debtor 2    **Yasuko Negita**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15.**  **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Masahiko Negita**
Debtor 2  **Yasuko Negita**

Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.  What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17.  Are you filing under Chapter 7?**

■ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.  How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.  How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.  How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code, I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____
**Masahiko Negita**
Signature of Debtor 1

_____
**Yasuko Negita**
Signature of Debtor 2

Executed on  **March 20, 2023**
MM / DD / YYYY

Executed on  **March 20, 2023**
MM / DD / YYYY

Debtor 1    **Masahiko Negita**
Debtor 2    **Yasuko Negita**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____
Signature of Attorney for Debtor

Date    **March 20, 2023**
MM / DD / YYYY

**Barry J. Roy 85694**
Printed name

**Rabinowitz, Lubetkin & Tully, LLC**
Firm name

**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
Number, Street, City, State & ZIP Code

Contact phone    **973-597-9100**          Email address    _____

**85694 NJ**
Bar number & State

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Masahiko Negita** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yasuko Negita** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

---

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

| | | | Unsecured claim |
|---|---|---|---|
| **1** | | What is the nature of the claim? | Ramen-Ya Inc. Lease - Personal Guaranty | $0.00 |

**133 South Macdougal LLC**
**81 Sullivan Street**
**New York, NY 10012**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                    -
        Unsecured claim

Contact

Contact phone

---

| | | | |
|---|---|---|---|
| **2** | **Bank of America** | What is the nature of the claim? | $12,742.11 |

**Bank of America**
**PO Box 672050**
**Dallas, TX 75267-2050**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

Debtor 1    **Masahiko Negita**
Debtor 2    **Yasuko Negita**                                    Case number *(if known)* _____

_____            Value of security:            - _____
Contact phone                        Unsecured claim                 _____

---

| **3** | **Chase**<br>**1370 6th Avenue**<br>**New York, NY 10019** | What is the nature of the claim? | Personal Guaranty | $220,000.00 |

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:            - _____
Unsecured claim                 _____

Contact _____
Contact phone _____

---

| **4** | **Department of**<br>**Education/Advantage**<br>**1891 Metro Center Drive**<br>**Reston, VA 20190** | What is the nature of the claim? | | $473,988.12 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:            - _____
Unsecured claim                 _____

Contact _____
Contact phone _____

---

| **5** | **Florence Prostani Law LLC**<br>**420 Lexington Avenue**<br>**Suite 1402**<br>**New York, NY 10170** | What is the nature of the claim? | Pre-Petition Judgment | $0.00 |

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:            - _____
Unsecured claim                 _____

Contact _____
Contact phone _____

---

| **6** | **Jimmy Rivas**<br>**c/o Marvin R. Walden, Esq.**<br>**Greenberg & Walden**<br>**425 59th Street** | What is the nature of the claim? | Personal Injury | $0.00 |

Debtor 1   **Masahiko Negita**
Debtor 2   **Yasuko Negita**

Case number *(if known)* _____

West New York, NJ 07093

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact _____

Contact phone _____

Value of security:    - _____
Unsecured claim         _____

---

**7**

**Ku-Raku NYC**
**3952 Broadway**
**New York, NY 10032**

**What is the nature of the claim?**   Personal Loan     $40,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact _____

Contact phone _____

Value of security:    - _____
Unsecured claim         _____

---

**8**

**Natcha Natatpisit**
**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

**What is the nature of the claim?**   _____   $0.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact _____

Contact phone _____

Value of security:    - _____
Unsecured claim         _____

---

**9**

**NYSDeptofTaxation&Finance**
**Bankruptcy Unit - TCD**
**Building 9**
**W.A. Harriman StateCampus**
**Albany, NY 12227**

**What is the nature of the claim?**   _____   $1,099,988.12

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No

---

Debtor 1    **Masahiko Negita**
Debtor 2    **Yasuko Negita**

Case number *(if known)* _____

Contact _____

☐    Yes. Total claim (secured and unsecured)
            Value of security:
            Unsecured claim

Contact phone _____

- _____
_____

---

**10**

**Ornrat Keawsri**
**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

_____

_____

Contact _____

Contact phone _____

What is the nature of the claim?    _____    $1,798,633.03

As of the date you file, the claim is: Check all that apply
- ■    Contingent
- ■    Unliquidated
- ■    Disputed
- ☐    None of the above apply

Does the creditor have a lien on your property?
- ■    No
- ☐    Yes. Total claim (secured and unsecured)
            Value of security:            - _____
            Unsecured claim            _____

---

**11**

**Paarichat Kongtuk**
**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

_____

Contact _____

Contact phone _____

What is the nature of the claim?    _____    $0.00

As of the date you file, the claim is: Check all that apply
- ■    Contingent
- ■    Unliquidated
- ■    Disputed
- ☐    None of the above apply

Does the creditor have a lien on your property?
- ■    No
- ☐    Yes. Total claim (secured and unsecured)
            Value of security:            - _____
            Unsecured claim            _____

---

**12**

**Parada Mongkolkajit**
**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

_____

Contact _____

Contact phone _____

What is the nature of the claim?    _____    $0.00

As of the date you file, the claim is: Check all that apply
- ■    Contingent
- ■    Unliquidated
- ■    Disputed
- ☐    None of the above apply

Does the creditor have a lien on your property?
- ■    No
- ☐    Yes. Total claim (secured and unsecured)
            Value of security:            - _____
            Unsecured claim            _____

---

**13**

**Pimparat Ketchatrot**
**c/o Paul H. Schafhauser, Esq.**

What is the nature of the claim?    _____    $0.00

---

Debtor 1    **Masahiko Negita**
Debtor 2    **Yasuko Negita**

Case number *(if known)* _____

**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security:    - _____
Unsecured claim    _____

_____
_____
Contact _____
Contact phone _____

---

**14** | **Sachina Nagae**
c/o Paul H. Schafhauser, Esq.
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

What is the nature of the claim?    _____    **$0.00**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security:    - _____
Unsecured claim    _____

_____
Contact _____
Contact phone _____

---

**15** | **Siwapon Topon**
c/o Paul H. Schafhauser, Esq.
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

What is the nature of the claim?    _____    **$0.00**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security:    - _____
Unsecured claim    _____

_____
Contact _____
Contact phone _____

---

**16** | **State of New Jersey**
**Division of Taxation**
**Gross Income Tax**
**50 Barrack Street**
**Trenton, NJ 08625**

What is the nature of the claim?    <u>Notice Only</u>    **$0.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No

_____
_____

Debtor 1    **Masahiko Negita**
Debtor 2    **Yasuko Negita**

Case number *(if known)* _____

Contact _____

☐ **Yes. Total claim (secured and unsecured)**
Value of security:    - _____
Unsecured claim    _____

Contact phone _____

---

**17**    **Takayuki Sekiya**
**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

What is the nature of the claim?    _____    $0.00

As of the date you file, the claim is: Check all that apply
■    Contingent
■    Unliquidated
■    Disputed
☐    None of the above apply

Does the creditor have a lien on your property?
■    No
☐    Yes. Total claim (secured and unsecured)
Value of security:    - _____
Unsecured claim    _____

Contact _____

Contact phone _____

---

**18**    **Tanon Leechot**
**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

What is the nature of the claim?    _____    $0.00

As of the date you file, the claim is: Check all that apply
■    Contingent
■    Unliquidated
■    Disputed
☐    None of the above apply

Does the creditor have a lien on your property?
■    No
☐    Yes. Total claim (secured and unsecured)
Value of security:    - _____
Unsecured claim    _____

Contact _____

Contact phone _____

---

**19**    **Thanatharn Kulaptip**
**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

What is the nature of the claim?    _____    $0.00

As of the date you file, the claim is: Check all that apply
■    Contingent
■    Unliquidated
■    Disputed
☐    None of the above apply

Does the creditor have a lien on your property?
■    No
☐    Yes. Total claim (secured and unsecured)
Value of security:    - _____
Unsecured claim    _____

Contact _____

Contact phone _____

---

**20**    **Thiratham Raksuk**
**c/o Paul H. Schafhauser, Esq.**

What is the nature of the claim?    _____    $0.00

Debtor 1     **Masahiko Negita**

Debtor 2     **Yasuko Negita**                                         Case number *(if known)* _____

**Greenberg Traurig, LLP**          **As of the date you file, the claim is:** Check all that apply
**500 Campus Drive**
**Florham Park, NJ 07932**          ■    Contingent

                                    ■    Unliquidated

                                    ■    Disputed

                                    ☐    None of the above apply

_____             **Does the creditor have a lien on your property?**

_____             ■    No

Contact                             ☐    Yes. Total claim (secured and unsecured)
_____                  Value of security:                    - _____
Contact phone                            Unsecured claim                          _____

---

**Part 2:**   **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____          X _____
**Masahiko Negita**                              **Yasuko Negita**
Signature of Debtor 1                            Signature of Debtor 2

Date   **March 20, 2023**                        Date   **March 20, 2023**

**United States Bankruptcy Court**
**District of New Jersey**

In re   Masahiko Negita
        Yasuko Negita _____        Case No. _____
                                    Debtor(s)                 Chapter    11 _____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **March 20, 2023** _____        _____
                                                  Masahiko Negita
                                                  Signature of Debtor

Date:   **March 20, 2023** _____        _____
                                                  Yasuko Negita
                                                  Signature of Debtor

133 South Macdougal LLC
81 Sullivan Street
New York, NY 10012

Bank of America
PO Box 672050
Dallas, TX 75267-2050

Chase
700 Kansas Lane
Mail Code LA 6633
Monroe, LA 71203

Chase
1370 6th Avenue
New York, NY 10019

Chase Auto
PO Box 78232
Phoenix, AZ 85062-8232

Christine Marcia
119 Gordon Street
Ridgefield Park, NJ 07660

Department of Education/Advantage
1891 Metro Center Drive
Reston, VA 20190

Florence Prostani Law LLC
420 Lexington Avenue
Suite 1402
New York, NY 10170

Fukumatsu Inc.
212 East 52nd Street
New York, NY 10022

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Special Procedures Branch
Attn: Bankruptcy Section
PO Box 744
Springfield, NJ 07081


Jimmy Rivas
c/o Marvin R. Walden, Esq.
Greenberg & Walden
425 59th Street
West New York, NJ 07093


Ku-Raku NYC
3952 Broadway
New York, NY 10032


Miho Maki
116 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028

Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
116 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009

```
Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009
```

Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Natcha Natatpisit
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


NYS Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


NYSDeptofTaxation&Finance
Bankruptcy Unit - TCD
Building 9
W.A. Harriman StateCampus
Albany, NY 12227


Ornrat Keawsri
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Paarichat Kongtuk
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Parada Mongkolkajit
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Paul H. Schafhauser, Esq.
c/o Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932

Pimparat Ketchatrot
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


PNC Bank
B6-YM07-01-7
PO Box 1820
Dayton, OH 45401-1820


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012

Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Sachina Nagae
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Siwapon Topon
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


State of New Jersey
Division of Taxation
Gross Income Tax
50 Barrack Street
Trenton, NJ 08625


Takayuki Sekiya
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Tanon Leechot
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932

Thanatharn Kulaptip
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Thiratham Raksuk
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Wanwisa Nakwirot
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009

```
Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009
```