UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
(973) 597-9119 (Fax)
Jeffrey A. Cooper
*Proposed Counsel to Debtors*

In re:

MASAHIKO NEGITA and YASUKO NEGITA,

Debtors.

Case No.: 23-12365

Chapter: 11
(Subchapter V)

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Masahiko Negita and Yasuko Negita. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
Attention:  Jeffrey A. Cooper
(973) 597-9100 phone
(973) 597-9119 fax
jcooper@rltlawfirm.com

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

| 3/23/2023 | /s/ Jeffrey A. Cooper |
|---|---|
| Date | Signature |

*new.8/1/15*