Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 23−12365−SLM
        Chapter: 11
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Masahiko Negita | Yasuko Negita |
| 8 Floral Terrace | 8 Floral Terrace |
| Tenafly, NJ 07670 | Tenafly, NJ 07670 |

Social Security No.:

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE DOCUMENTS OR EXTEND TIME

The debtor filed a petition on March 23, 2023 but failed to file the following documents required by Fed. R. Bankr. P. 1007:

    Summary of Assets/Liabilities and Stat Info − Individuals, Declaration About An Individuals Schedule, Statement of Financial Affairs For Individuals, Atty Disclosure Statement, Statement of Your Current Monthly Income(122B), List of Equity Security Holders, Schedules A/B,C,D,E/F,G,H,I,J

It is hereby ORDERED that:

The debtor or debtor's attorney must appear at a hearing before the Honorable Stacey L. Meisel on:

Date: April 18, 2023
Time: 10:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

to show cause why the case should not be dismissed.

If **all** required documents are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

Unless all required documents are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

**IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.**

Dated: March 24, 2023
JAN: wdh

                              <u>Stacey L. Meisel</u>
                              United States Bankruptcy Judge