UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey NJ 07039
(973) 597-9100
Barry J. Roy
*Proposed Counsel to Debtors/Debtors-in-Possession*

In re:

MASAHIKO NEGITA and YASUKO, NEGITA,

                Debtors.

Case No. 23-12365

Chapter 11
(Subchapter V)

Honorable Stacey L. Meisel

## CERTIFICATION OF SERVICE

1.    I, Rachel Gaydos:

   ☐ represent _____ in the above-captioned matter.

   ☒ I am the secretary/paralegal for Barry J. Roy, Esq., who represents the Debtors/Debtors-in-Possession in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2.    On March 24, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   (a)    Application for Retention of Professional;

   (b)    Certification of Professional in Support of Application for Retention of Professional; and

   (c)    proposed Order Authorizing Retention of Sean Raquet, CPA, LLC.

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    March 24, 2023                      /s/ Rachel Gaydos
                                                                  Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Office of the U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other:  ECF<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Chase<br>700 Kansas Lane<br>Mail Code LA 6633<br>Monroe, LA 71203 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Chase Auto<br>PO Box 78232<br>Phoenix, AZ 85062-8232 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| PNC Bank<br>B6-YM07-01-7<br>PO Box 1820<br>Dayton, OH 45401-1820 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| 133 South Macdougal LLC<br>81 Sullivan Street<br>New York, NY 10012 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Bank of America<br>PO Box 672050<br>Dallas, TX 75267-2050 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chase<br>1370 6th Avenue<br>New York, NY 10019 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Department of Education/Advantage<br>1891 Metro Center Drive<br>Reston, VA 20190 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Florence Prostani Law LLC<br>420 Lexington Avenue<br>Suite 1402<br>New York, NY 10170 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Jimmy Rivas<br>c/o Marvin R. Walden, Esq.<br>Greenberg & Walden<br>425 59th Street<br>West New York, NJ 07093 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Ku-Raku NYC<br>3952 Broadway<br>New York, NY 10032 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| NYS Dept of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Paul H. Schafhauser, Esq.<br>Greenberg Traurig, LLP<br>500 Campus Drive<br>Florham Park, NJ 07932 | On behalf of Top 20 Unsecured Creditors - Parada Mongkolkajit<br>Natcha Natatpisit<br>Paarichat Kongtuk<br>Ornrat Keawsri<br>Parada Mongkolkajit<br>Pimparat Ketchatrot<br>Siwapon Topon<br>Takayuki Sekiya<br>Tanon Leechot<br>Thanatharn Kulaptip<br>Thiratham Raksuk | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Taxation<br>Gross Income Tax<br>50 Barrack Street<br>Trenton, NJ 08625 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

4