**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Masahiko Negita** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Yasuko Negita** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 23-12365 |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | Your assets Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B............................ | $ 1,250,591.20 |
| 1b. Copy line 62, Total personal property, from Schedule A/B...................... | $ 552,847.69 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................... | $ 1,803,438.89 |

**Part 2:    Summarize Your Liabilities**

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 295,334.51 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 1,433,691.04 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ 2,606,096.21 |
| Your total liabilities | $ 4,335,121.76 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................ | $ 7,940.99 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*............................ | $ 9,837.58 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    **Masahiko Negita**

Debtor 2    **Yasuko Negita**

Case number *(if known)*  **23-12365**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Masahiko Negita** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yasuko Negita** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number   23-12365

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

**1.1**

**8 Floral Terrace**
Street address, if available, or other description

**Tenafly          NJ     07670-0000**
City                  State      ZIP Code

**Bergen**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,000,000.00** | **$1,000,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

| Debtor 1 | Masahiko Negita |
|---|---|
| Debtor 2 | Yasuko Negita |

Case number *(if known)* 23-12365

**1.2 If you own or have more than one, list here:**

**8-53-2 Tateishi**
**Katsushika, KLI Tokyo**
Street address, if available, or other description

**Japan 124-0012**
City                State        ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Owned by Debtor-2 and non-debtor third parties**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$569,525.46**

Current value of the portion you own? **$250,591.20**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Debtor 2 owns 44% - $251,545.89**

☐ Check if this is community property (see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...................................................................=>  **$1,250,591.20**

---

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | | | |
|---|---|---|---|
| Make: | **Lexus** | | |
| Model: | **RX350** | | |
| Year: | **2021** | | |
| Approximate mileage: | **9,353** | | |
| Other information: | | | |

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$43,000.00**

Current value of the portion you own? **$43,000.00**

| 3.2 | | | |
|---|---|---|---|
| Make: | **Mercedes** | | |
| Model: | **S55** | | |
| Year: | **2015** | | |
| Approximate mileage: | **94,174** | | |
| Other information: | | | |

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$20,000.00**

Current value of the portion you own? **$20,000.00**

---

Debtor 1   **Masahiko Negita**

Debtor 2   **Yasuko Negita**

Case number *(if known)*   **23-12365**

| 3.3 | Make: | **Mercedes** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:   **280SE**

Year:   **1972**

Approximate mileage:   **Unknown**

Other information:

Who has an interest in the property? Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
| | $400.00 | $400.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ■ No
- ☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................................=>   **$63,400.00**

**Part 3:   Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ■ Yes. Describe.....

| Furniture and Fixtures | $5,000.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

- ☐ No
- ■ Yes. Describe.....

| Home Electronics | $3,000.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

- ■ No
- ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

- ■ No
- ☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

- ■ No
- ☐ Yes. Describe.....

| Debtor 1 | **Masahiko Negita** | | |
|---|---|---|---|
| Debtor 2 | **Yasuko Negita** | Case number *(if known)* | **23-12365** |

## 11. Clothes
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
- ☐ No
- ☒ Yes. Describe.....

| Wearing Apparel | $1,000.00 |
|---|---|

## 12. Jewelry
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
- ☐ No
- ☒ Yes. Describe.....

| Engagement ring, costume jewelry and men's watch | $5,000.00 |
|---|---|

## 13. Non-farm animals
*Examples:* Dogs, cats, birds, horses
- ☒ No
- ☐ Yes. Describe.....

## 14. Any other personal and household items you did not already list, including any health aids you did not list
- ☒ No
- ☐ Yes. Give specific information.....

| 15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................ | $14,000.00 |
|---|---|

---

### Part 4:  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

## 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ☐ No
- ☒ Yes.................................................................................

| | Cash | $50.00 |
|---|---|---|

## 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
- ☐ No
- ☒ Yes.......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Joint Checking | **TD Bank** Last 4 Digits 4751 | $279.59 |
| 17.2. | Checking | **TD Bank** Account Last 4 Digits 8803 | $830.13 |
| 17.3. | Checking | **Wells Fargo** Account Last 4 Digits 6675 | $3,152.14 |
| 17.4. | Savings | **Wells Fargo** Account Last 4 Digits 9608 | $940.78 |

| Debtor 1 | **Masahiko Negita** | | |
|---|---|---|---|
| Debtor 2 | **Yasuko Negita** | Case number *(if known)* | **23-12365** |

| | | | | |
|---|---|---|---|---|
| 17.5. | **Checking** | **Bank of America**<br>**Account Last 4 Digits 1997** | | $2,094.89 |
| 17.6. | **Savings** | **Bank of America**<br>**Account Last 4 Digits 7791** | | $573.66 |
| 17.7. | **Checking** | **Chase Bank**<br>**Account Last 4 Digits 8365** | | $2,316.03 |
| 17.8. | **Savings** | **Chase Bank**<br>**Account Last 4 Digits 4082** | | $858.36 |
| 17.9. | | **Japan Post Bank**<br>**Accoun t #1241** | | $5,809.67 |
| 17.10. | | **Kiraboshi Bank**<br>**Account # 8993** | | $15,596.64 |
| 17.11. | **Checking** | **Merrill Lynch CMA** | | $877.39 |
| 17.12. | **Checking** | **Merrill Lynch CMA** | | $444.97 |
| 17.13. | | **Kiraboshi Bank**<br>**Account # 9027** | | $17,047.25 |
| 17.14. | **Checking** | **Wells Fargo**<br>**Account Last 4 Digits 3981** | | $927.43 |
| 17.15. | **Savings** | **Wells Fargo**<br>**Account Last 4 Digits 9530** | | $1,063.70 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Ku-Raku NYC** | **90%** | % | Unknown |
| **Yokoyama Plastics** | **35%** | % | Unknown |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them

| Debtor 1 | **Masahiko Negita** | | |
|---|---|---|---|
| Debtor 2 | **Yasuko Negita** | Case number (if known) | **23-12365** |

Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Merrill Lynch** | $163,294.90 |
| **SEP IRA** | **Merrill Lynch** | $42,198.29 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ No
■ Yes. .....................

| Institution name or individual: | |
|---|---|
| **Porsche** | $16,000.00 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

| Debtor 1 | **Masahiko Negita** | | |
|---|---|---|---|
| Debtor 2 | **Yasuko Negita** | Case number *(if known)* | **23-12365** |

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
            benefits; unpaid loans you made to someone else

   ☐ No

   ■ Yes. Give specific information..

| Mai Yokoyama owes Y. Negita $106,437.78 | $106,437.78 |
|---|---|

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No

   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Hartford Life | Y. Negita | $77,453.74 |
| NY Life | Children | $17,200.35 |

**32. Any interest in property that is due from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ■ No

   ☐ Yes. Give specific information.:

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ■ No

   ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ■ No

   ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

   ■ No

   ☐ Yes. Give specific information.:

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................................

| $475,447.69 |
|---|

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

   ■ No. Go to Part 6.

   ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
   If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ■ No. Go to Part 7.

   ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

| Debtor 1 | **Masahiko Negita** | |
|---|---|---|
| Debtor 2 | **Yasuko Negita** | |

Case number *(if known)*  **23-12365**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................

| | $0.00 |
|---|---|

**Part 8:**   List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .......................................................................... | **$1,250,591.20** |
| 56. | **Part 2: Total vehicles, line 5** | $63,400.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $14,000.00 |
| 58. | **Part 4: Total financial assets, line 36** | $475,447.69 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 |

| 62. | **Total personal property.** Add lines 56 through 61... | **$552,847.69** | Copy personal property total | **$552,847.69** |
|---|---|---|---|---|

63. **Total of all property on Schedule A/B.** Add line 55 + line 62

| | $1,803,438.89 |
|---|---|

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Masahiko Negita** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Yasuko Negita** |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **23-12365** |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own   Copy the value from *Schedule A/B* | Amount of the exemption you claim   *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **8 Floral Terrace Tenafly, NJ 07670 Bergen County** Line from *Schedule A/B*: **1.1** | $1,000,000.00 | ■ $1,475.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **8 Floral Terrace Tenafly, NJ 07670 Bergen County** Line from *Schedule A/B*: **1.1** | $1,000,000.00 | ■ $27,900.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2021 Lexus RX350 9,353 miles** Line from *Schedule A/B*: **3.1** | $43,000.00 | ■ $4,450.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2015 Mercedes S55 94,174 miles** Line from *Schedule A/B*: **3.2** | $20,000.00 | ■ $4,450.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2015 Mercedes S55 94,174 miles** Line from *Schedule A/B*: **3.2** | $20,000.00 | ■ $15,425.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1 **Masahiko Negita**
Debtor 2 **Yasuko Negita**

Case number (if known)  **23-12365**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Furniture and Fixtures**<br>Line from *Schedule A/B*: **6.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Home Electronics**<br>Line from *Schedule A/B*: **7.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Wearing Apparel**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Engagement ring, costume jewelry and men's watch**<br>Line from *Schedule A/B*: **12.1** | $5,000.00 | ■ $3,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **IRA: Merrill Lynch**<br>Line from *Schedule A/B*: **21.1** | $163,294.90 | ■ $143,779.36<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12) and not property of the bankruptcy estate. See, Patterson v. Shumate.** |
| **SEP IRA: Merrill Lynch**<br>Line from *Schedule A/B*: **21.2** | $42,198.29 | ■ $37,198.29<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12) and not property of the bankruptcy estate. See, Patterson v. Shumate.** |
| **Hartford Life Beneficiary: Y. Negita**<br>Line from *Schedule A/B*: **31.1** | $77,453.74 | ■ $13,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |
| **NY Life Beneficiary: Children**<br>Line from *Schedule A/B*: **31.2** | $17,200.35 | ■ $13,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |

3.  **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Masahiko Negita** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Yasuko Negita** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **23-12365** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|
| **2.1** Chase | Describe the property that secures the claim: | **$135,760.93** | **$1,000,000.00** | **$0.00** |

| 2.1 Chase | Describe the property that secures the claim: |
|---|---|
| Creditor's Name | 8 Foral Terrace<br>Tenafly, New Jersey |
| **700 Kansas Lane<br>Mail Code LA 6633<br>Monroe, LA 71203** | **As of the date you file, the claim is:** Check all that apply. |
| Number, Street, City, State & Zip Code | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | ☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)   **Second Mortgage** |
| Date debt was incurred _____ | Last 4 digits of account number _____ |

| | | | | |
|---|---|---|---|---|
| **2.2** Chase Auto | Describe the property that secures the claim: | $17,300.35 | $43,000.00 | $0.00 |

| 2.2 Chase Auto | Describe the property that secures the claim: |
|---|---|
| Creditor's Name | 2021 Lexus RX350 |
| **PO Box 78232<br>Phoenix, AZ 85062-8232** | **As of the date you file, the claim is:** Check all that apply. |
| Number, Street, City, State & Zip Code | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ☐ Debtor 1 only<br>■ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | ■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ |
| Date debt was incurred _____ | Last 4 digits of account number _____ |

| Debtor 1 | **Masahiko Negita** | | | Case number (if known) | **23-12365** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Yasuko Negita** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.3 | **PNC Bank** | Describe the property that secures the claim: | $142,273.23 | $1,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**B6-YM07-01-7
PO Box 1820
Dayton, OH 45401-1820**

Number, Street, City, State & Zip Code

**8 Floral Terrace
Tenafly, NJ**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:  **$295,334.51**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$295,334.51**

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
</table>

| Debtor 1 | **Masahiko Negita** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yasuko Negita** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | 23-12365 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number _____ | $27,000.00 | $27,000.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **PO Box 7346** | When was the debt incurred? | | | |
| | **Philadelphia, PA 19101** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| | **Who incurred the debt? Check one.** | ☐ Contingent | | | |
| | ☐ Debtor 1 only | ☐ Unliquidated | | | |
| | ■ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ **Check if this claim is for a  community debt** | ■ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | | | | |

Debtor 1 **Masahiko Negita**
Debtor 2 **Yasuko Negita**

Case number (if known) **23-12365**

---

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Special Procedures Branch**
**Attn: Bankruptcy Section**
**PO Box 744**
**Springfield, NJ 07081**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice Only**

---

| 2.3 | **NYS Dept of Taxation and Finance** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205-0300**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice Only**

---

| 2.4 | **NYSDeptofTaxation&Finance** | Last 4 digits of account number | | $1,406,691.04 | $1,406,691.04 | $0.00 |

Priority Creditor's Name
**Bankruptcy Unit - TCD**
**Building 9**
**W.A. Harriman StateCampus**
**Albany, NY 12227**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

Debtor 1  **Masahiko Negita**

Debtor 2  **Yasuko Negita**

Case number (if known)   **23-12365**

---

| 2.5 | **State of New Jersey** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Division of Taxation**
**Gross Income Tax**
**50 Barrack Street**
**Trenton, NJ 08625**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify  _____

**Notice Only**

---

| 2.6 | **Tokyo Metropolitan Tax Office** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**5-13-1, Tateishi**
**Katsushika City**
**Tokyo 1248560, Japan**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify  _____

**NOTICE ONLY**

---

| 2.7 | **Tokyo Regional Taxation Bureau** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Katsushik Tax Office**
**8 Chome-31-6 Tateishi**
**Katsushika City, Tokyo 124-8560,**
**Japan**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify  _____

**NOTICE ONLY**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

| Debtor 1 | **Masahiko Negita** | |
|---|---|---|
| Debtor 2 | **Yasuko Negita** | Case number (if known) **23-12365** |

■ Yes.

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1  133 South Macdougal LLC**
Nonpriority Creditor's Name
**81 Sullivan Street**
**New York, NY 10012**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Ramen-Ya Inc. Lease - Personal Guaranty**

**4.2  Bank of America**
Nonpriority Creditor's Name
**PO Box 672050**
**Dallas, TX 75267-2050**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **$14,195.97**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**4.3  Chase**
Nonpriority Creditor's Name
**1370 6th Avenue**
**New York, NY 10019**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **$220,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal Guaranty**

Debtor 1  **Masahiko Negita**
Debtor 2  **Yasuko Negita**

Case number *(if known)*  **23-12365**

---

| 4.4 | **Department of Education/Advantage** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**1891 Metro Center Drive**
**Reston, VA 20190**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**$473,988.12**

---

| 4.5 | **Florence Prostani Law LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**420 Lexington Avenue**
**Suite 1402**
**New York, NY 10170**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Pre-Petition Judgment**

**Unknown**

---

| 4.6 | **Jimmy Rivas** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Marvin R. Walden, Esq.**
**Greenberg & Walden**
**425 59th Street**
**West New York, NJ 07093**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal Injury**

**Unknown**

---

Debtor 1  **Masahiko Negita**
Debtor 2  **Yasuko Negita**

Case number (if known)  **23-12365**

---

| 4.7 | **Ku-Raku NYC** | | | |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name
**3952 Broadway**
**New York, NY 10032**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$99,279.09**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Loan**

---

| 4.8 | **Natcha Natatpisit** | | | |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name
**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.9 | **Ornrat Keawsri** | | | |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name
**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$1,798,633.03**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Pre-petition Judgment**

---

Debtor 1  **Masahiko Negita**
Debtor 2  **Yasuko Negita**

Case number (if known)   **23-12365**

---

| 4.1 0 | | |
|---|---|---|

**Paarichat Kongtuk**

Nonpriority Creditor's Name

c/o Paul H. Schafhauser, Esq.
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Pre-petition Judgment**

---

| 4.1 1 | | |
|---|---|---|

**Parada Mongkolkajit**

Nonpriority Creditor's Name

c/o Paul H. Schafhauser, Esq.
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Pre-petition Judgment**

---

Debtor 1  **Masahiko Negita**

Debtor 2  **Yasuko Negita**

Case number *(if known)*   **23-12365**

---

| 4.1 2 | **Pimparat Ketchatrot** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Pre-petition Judgment** _____

---

| 4.1 3 | **Sachina Nagae** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Pre-petition Judgment** _____

---

Debtor 1  **Masahiko Negita**

Debtor 2  **Yasuko Negita**

Case number (if known)  **23-12365**

---

**4.1
4**

**Siwapon Topon**

Nonpriority Creditor's Name

**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Pre-petition Judgment**

---

**4.1
5**

**Takayuki Sekiya**

Nonpriority Creditor's Name

**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Pre-petition Judgment**

---

Debtor 1  **Masahiko Negita**

Debtor 2  **Yasuko Negita**

Case number (if known)  **23-12365**

---

| 4.1 6 | | |
|---|---|---|

**Tanon Leechot**

Nonpriority Creditor's Name

**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Pre-petition Judgment**

---

| 4.1 7 | | |
|---|---|---|

**Thanatharn Kulaptip**

Nonpriority Creditor's Name

**c/o Paul H. Schafhauser, Esq.**
**Greenberg Traurig, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Pre-petition Judgment**

---

Debtor 1  **Masahiko Negita**
Debtor 2  **Yasuko Negita**

Case number (if known)  **23-12365**

| 4.1 8 | |
|---|---|

**Thiratham Raksuk**
Nonpriority Creditor's Name
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Pre-petition Judgment**

| 4.1 9 | |
|---|---|

**Wanwisa Nakwirot**
Nonpriority Creditor's Name
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Pre-petition Judgment**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Paul H. Schafhauser, Esq.**
c/o Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932

Last 4 digits of account number _____

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 1,433,691.04 |

Debtor 1  **Masahiko Negita**

Debtor 2  **Yasuko Negita**

Case number (if known)  **23-12365**

| | | | | |
|---|---|---|---|---|
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 1,433,691.04 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | **Student loans** | 6f. | $ | 473,988.12 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 2,132,108.09 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 2,606,096.21 |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Masahiko Negita** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yasuko Negita** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | 23-12365 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number      Street | |
| City                    State          ZIP Code | |
| **2.2** | |
| Name | |
| Number      Street | |
| City                    State          ZIP Code | |
| **2.3** | |
| Name | |
| Number      Street | |
| City                    State          ZIP Code | |
| **2.4** | |
| Name | |
| Number      Street | |
| City                    State          ZIP Code | |
| **2.5** | |
| Name | |
| Number      Street | |
| City                    State          ZIP Code | |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Masahiko Negita** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Yasuko Negita** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 23-12365 |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: Your codebtor Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt Check all schedules that apply: |
|---|---|---|
| 3.1 | **Christine Marcia** **119 Gordon Street** **Ridgefield Park, NJ 07660** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.6__ ☐ Schedule G _____ **Jimmy Rivas** |
| 3.2 | **Fukumatsu Inc.** **212 East 52nd Street** **New York, NY 10022** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.3__ ☐ Schedule G _____ **Chase** |
| 3.3 | **Miho Maki** **116 East 82nd Street, #4C** **New York, NY 10028** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.8__ ☐ Schedule G _____ **Natcha Natatpisit** |

Debtor 1   **Masahiko Negita**
           **Yasuko Negita**
_____

Case number *(if known)*   **23-12365**
_____

| | Additional Page to List More Codebtors |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.4 | **Miho Maki** **166 East 82nd Street, #4C** **New York, NY 10028** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.9__ ☐ Schedule G _____ **Ornrat Keawsri** |
| 3.5 | **Miho Maki** **166 East 82nd Street, #4C** **New York, NY 10028** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.10__ ☐ Schedule G _____ **Paarichat Kongtuk** |
| 3.6 | **Miho Maki** **166 East 82nd Street, #4C** **New York, NY 10028** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.11__ ☐ Schedule G _____ **Parada Mongkolkajit** |
| 3.7 | **Miho Maki** **166 East 82nd Street, #4C** **New York, NY 10028** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.12__ ☐ Schedule G _____ **Pimparat Ketchatrot** |
| 3.8 | **Miho Maki** **166 East 82nd Street, #4C** **New York, NY 10028** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.13__ ☐ Schedule G _____ **Sachina Nagae** |
| 3.9 | **Miho Maki** **166 East 82nd Street, #4C** **New York, NY 10028** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.14__ ☐ Schedule G _____ **Siwapon Topon** |
| 3.10 | **Miho Maki** **166 East 82nd Street, #4C** **New York, NY 10028** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.15__ ☐ Schedule G _____ **Takayuki Sekiya** |
| 3.11 | **Miho Maki** **166 East 82nd Street, #4C** **New York, NY 10028** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.16__ ☐ Schedule G _____ **Tanon Leechot** |

| Debtor 1 | **Masahiko Negita**<br>**Yasuko Negita** | Case number *(if known)* | **23-12365** |
|---|---|---|---|

███ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 **Miho Maki**<br>**166 East 82nd Street, #4C**<br>**New York, NY 10028** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**Thanatharn Kulaptip** |
| 3.13 **Miho Maki**<br>**166 East 82nd Street, #4C**<br>**New York, NY 10028** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**Thiratham Raksuk** |
| 3.14 **Miho Maki**<br>**166 East 82nd Street, #4C**<br>**New York, NY 10028** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>**Wanwisa Nakwirot** |
| 3.15 **Miho Maki**<br>**116 East 82nd Street, #4C**<br>**New York, NY 10028** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Y&S Inc.** |
| 3.16 **Miho Maki**<br>**166 East 82nd Street, #4C**<br>**New York, NY 10028** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Mr. Kenji Kora** |
| 3.17 **Miho Maki**<br>**116 East 82nd Street, #4C**<br>**New York, NY 10028** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Florence Prostani Law LLC** |
| 3.18 **Mr. Kenji Kora**<br>**c/o Howard Chun, Esq.**<br>**Kaplan & Chun, P.C.**<br>**207 East 4th Street, 1st Floor**<br>**New York, NY 10009** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**Natcha Natatpisit** |

Debtor 1    **Masahiko Negita**
**Yasuko Negita**                                      Case number *(if known)*    **23-12365**

▇ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19  **Mr. Kenji Kora**<br>c/o Howard Chun, Esq.<br>Kaplan & Chun, P.C.<br>207 East 4th Street, 1st Floor<br>New York, NY 10009 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>**Ornrat Keawsri** |
| 3.20  **Mr. Kenji Kora**<br>c/o Howard Chun, Esq.<br>Kaplan & Chun, P.C.<br>207 East 4th Street, 1st Floor<br>New York, NY 10009 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>**Paarichat Kongtuk** |
| 3.21  **Mr. Kenji Kora**<br>c/o Howard Chun, Esq.<br>Kaplan & Chun, P.C.<br>207 East 4th Street, 1st Floor<br>New York, NY 10009 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>**Parada Mongkolkajit** |
| 3.22  **Mr. Kenji Kora**<br>c/o Howard Chun, Esq.<br>Kaplan & Chun, P.C.<br>207 East 4th Street, 1st Floor<br>New York, NY 10009 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>**Pimparat Ketchatrot** |
| 3.23  **Mr. Kenji Kora**<br>c/o Howard Chun, Esq.<br>Kaplan & Chun, P.C.<br>207 East 4th Street, 1st Floor<br>New York, NY 10009 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>**Sachina Nagae** |
| 3.24  **Mr. Kenji Kora**<br>c/o Howard Chun, Esq.<br>Kaplan & Chun, P.C.<br>207 East 4th Street, 1st Floor<br>New York, NY 10009 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>**Siwapon Topon** |

| Debtor 1 | Masahiko Negita | Case number *(if known)* | **23-12365** |
| --- | --- | --- | --- |
|  | Yasuko Negita |  |  |

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
| --- | --- |
|  | Check all schedules that apply: |

3.25  Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009

☐ Schedule D, line _____
■ Schedule E/F, line __4.15__
☐ Schedule G _____
**Takayuki Sekiya**

3.26  Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009

☐ Schedule D, line _____
■ Schedule E/F, line __4.16__
☐ Schedule G _____
**Tanon Leechot**

3.27  Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009

☐ Schedule D, line _____
■ Schedule E/F, line __4.17__
☐ Schedule G _____
**Thanatharn Kulaptip**

3.28  Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009

☐ Schedule D, line _____
■ Schedule E/F, line __4.18__
☐ Schedule G _____
**Thiratham Raksuk**

3.29  Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009

☐ Schedule D, line _____
■ Schedule E/F, line __4.19__
☐ Schedule G _____
**Wanwisa Nakwirot**

3.30  Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**Florence Prostani Law LLC**

| Debtor 1 | **Masahiko Negita**<br>**Yasuko Negita** | Case number *(if known)* | **23-12365** |

| | Additional Page to List More Codebtors |

| | **Column 1: Your codebtor** | **Column 2: The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.31  **Ramen-Ya Inc.**
       **133 West 3rd Street**
       **New York, NY 10012**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.8___
☐ Schedule G _____
**Natcha Natatpisit**

---

3.32  **Ramen-Ya Inc.**
       **133 West 3rd Street**
       **New York, NY 10012**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.9___
☐ Schedule G _____
**Ornrat Keawsri**

---

3.33  **Ramen-Ya Inc.**
       **133 West 3rd Street**
       **New York, NY 10012**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.10___
☐ Schedule G _____
**Paarichat Kongtuk**

---

3.34  **Ramen-Ya Inc.**
       **133 West 3rd Street**
       **New York, NY 10012**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.11___
☐ Schedule G _____
**Parada Mongkolkajit**

---

3.35  **Ramen-Ya Inc.**
       **133 West 3rd Street**
       **New York, NY 10012**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.12___
☐ Schedule G _____
**Pimparat Ketchatrot**

---

3.36  **Ramen-Ya Inc.**
       **133 West 3rd Street**
       **New York, NY 10012**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.13___
☐ Schedule G _____
**Sachina Nagae**

---

3.37  **Ramen-Ya Inc.**
       **133 West 3rd Street**
       **New York, NY 10012**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.14___
☐ Schedule G _____
**Siwapon Topon**

---

3.38  **Ramen-Ya Inc.**
       **133 West 3rd Street**
       **New York, NY 10012**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.15___
☐ Schedule G _____
**Takayuki Sekiya**

---

| Debtor 1 | Masahiko Negita<br>Yasuko Negita | Case number *(if known)* | 23-12365 |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.39 | Ramen-Ya Inc.<br>133 West 3rd Street<br>New York, NY 10012 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G _____<br>**Tanon Leechot** |
| 3.40 | Ramen-Ya Inc.<br>133 West 3rd Street<br>New York, NY 10012 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**Thanatharn Kulaptip** |
| 3.41 | Ramen-Ya Inc.<br>133 West 3rd Street<br>New York, NY 10012 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**Thiratham Raksuk** |
| 3.42 | Ramen-Ya Inc.<br>133 West 3rd Street<br>New York, NY 10012 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>**Wanwisa Nakwirot** |
| 3.43 | Ramen-Ya Inc.<br>133 West 3rd Street<br>New York, NY 10012 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Florence Prostani Law LLC** |
| 3.44 | Y&S Inc.<br>c/o Howard Chun, Esq.<br>Kaplan & Chun, P.C.<br>207 East 4th Street, 1st Fl.<br>New York, NY 10009 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**Natcha Natatpisit** |
| 3.45 | Y&S Inc.<br>c/o Howard Chun, Esq.<br>Kaplan & Chun, P.C.<br>207 East 4th Street, 1st Fl.<br>New York, NY 10009 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**Ornrat Keawsri** |

| Debtor 1 | **Masahiko Negita** | Case number *(if known)* | **23-12365** |
|---|---|---|---|
| | **Yasuko Negita** | | |

---

█ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.46 **Y&S Inc.**
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009

☐ Schedule D, line _____
■ Schedule E/F, line __4.10__
☐ Schedule G _____
**Paarichat Kongtuk**

---

3.47 **Y&S Inc.**
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009

☐ Schedule D, line _____
■ Schedule E/F, line __4.11__
☐ Schedule G _____
**Parada Mongkolkajit**

---

3.48 **Y&S Inc.**
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009

☐ Schedule D, line _____
■ Schedule E/F, line __4.12__
☐ Schedule G _____
**Pimparat Ketchatrot**

---

3.49 **Y&S Inc.**
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009

☐ Schedule D, line _____
■ Schedule E/F, line __4.13__
☐ Schedule G _____
**Sachina Nagae**

---

3.50 **Y&S Inc.**
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009

☐ Schedule D, line _____
■ Schedule E/F, line __4.14__
☐ Schedule G _____
**Siwapon Topon**

---

3.51 **Y&S Inc.**
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009

☐ Schedule D, line _____
■ Schedule E/F, line __4.15__
☐ Schedule G _____
**Takayuki Sekiya**

---

Debtor 1    **Masahiko Negita**
**Yasuko Negita**                                                                        Case number *(if known)*    **23-12365**

▮ **Additional Page to List More Codebtors**

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

3.52    **Y&S Inc.**
**c/o Howard Chun, Esq.**
**Kaplan & Chun, P.C.**
**207 East 4th Street, 1st Fl.**
**New York, NY 10009**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.16___
☐ Schedule G _____
**Tanon Leechot**

---

3.53    **Y&S Inc.**
**c/o Howard Chun, Esq.**
**Kaplan & Chun, P.C.**
**207 East 4th Street, 1st Fl.**
**New York, NY 10009**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.17___
☐ Schedule G _____
**Thanatharn Kulaptip**

---

3.54    **Y&S Inc.**
**c/o Howard Chun, Esq.**
**Kaplan & Chun, P.C.**
**207 East 4th Street, 1st Fl.**
**New York, NY 10009**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.18___
☐ Schedule G _____
**Thiratham Raksuk**

---

3.55    **Y&S Inc.**
**c/o Howard Chun, Esq.**
**Kaplan & Chun, P.C.**
**207 East 4th Street, 1st Fl.**
**New York, NY 10009**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.19___
☐ Schedule G _____
**Wanwisa Nakwirot**

---

3.56    **Y&S Inc.**
**c/o Howard Chun, Esq.**
**Kaplan & Chun, P.C.**
**207 East 4th Street, 1st Fl.**
**New York, NY 10009**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.5___
☐ Schedule G _____
**Florence Prostani Law LLC**

---

| Fill in this information to identify your case: |
|---|

| | | |
|---|---|---|
| Debtor 1 | **Masahiko Negita** | |
| Debtor 2 (Spouse, if filing) | **Yasuko Negita** | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | |
| Case number (If known) | **23-12365** | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | **General Manager** | **President** |
| Employer's name | | **Ku-Raku New York, Inc.** | **Ku-Raku New York, Inc.** |
| Employer's address | | **3952 Broadway<br>New York, NY 10032** | **3952 Broadway<br>New York, NY 10032** |
| How long employed there? | | 8/19/22 - Present | 7/22/20 - Present |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $   3,000.00 | $   6,000.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$   0.00 | +$   0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $   3,000.00 | $   6,000.00 |

| Debtor 1 | **Masahiko Negita** |
|---|---|
| Debtor 2 | **Yasuko Negita** |

Case number *(if known)*  **23-12365**

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | 4. | $ | 3,000.00 | $ 6,000.00 |

5. **List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 446.12 | $ 1,579.71 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 15.68 | $ 17.50 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ 0.00 |

| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 461.80 | $ 1,597.21 |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 2,538.20 | $ 4,402.79 |

8. **List all other income regularly received:**

| 8a. | Net income from rental property and from operating a business, profession, or farm | | | |
|---|---|---|---|---|
|  | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 1,000.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
|  | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive | | | |
|  | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 | + $ 0.00 |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 1,000.00 |
|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9. | 10. | $ 2,538.20 | + $ 5,402.79 | = $ 7,940.99 |
|---|---|---|---|---|---|
|  | Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | | | |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____ 11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data*, if it applies

12. $ 7,940.99

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Masahiko Negita** |
| Debtor 2 (Spouse, if filing) | **Yasuko Negita** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | **23-12365** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

    ■ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No

| | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| Do not list Debtor 1 and Debtor 2. | ☐ Yes. Fill out this information for each dependent............. | | | ☐ No ☐ Yes |
| Do not state the dependents names. | | | | ☐ No ☐ Yes |
| | | | | ☐ No ☐ Yes |
| | | | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---:|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $        3,836.47 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $        0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $        0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $        200.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $        0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $        1,595.93 |

Debtor 1  **Masahiko Negita**

Debtor 2  Yasuko Negita                                  Case number (if known)  **23-12365**

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. $ | 400.00 |
| | 6b.   Water, sewer, garbage collection | 6b. $ | 100.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 603.61 |
| | 6d.   Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 100.00 |
| 10. | **Personal care products and services** | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | 11. $ | 50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 50.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | 652.14 |
| | 15b.   Health insurance | 15b. $ | 681.09 |
| | 15c.   Vehicle insurance | 15c. $ | 450.33 |
| | 15d.   Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | 468.01 |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.   Other. Specify: | 17c. $ | 0.00 |
| | 17d.   Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.   Mortgages on other property | 20a. $ | 0.00 |
| | 20b.   Real estate taxes | 20b. $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

| | | | |
|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 9,837.58 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 9,837.58 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 7,940.99 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. –$ | 9,837.58 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -1,896.59 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.      Explain here:

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Masahiko Negita** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Yasuko Negita** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | |
| Case number | **23-12365** | |
| (if known) | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
**Masahiko Negita**    **Yasuko Negita**
Signature of Debtor 1    Signature of Debtor 2

Date _____ 4/11/23 _____    Date _____ 4/11/2023 _____

Official Form 106Dec              Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Masahiko Negita** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Yasuko Negita** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 23-12365 |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

   ■ Married
   ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $9,000.00 | ☐ Wages, commissions, bonuses, tips | $18,000.00 |
| | ■ Operating a business | | ■ Operating a business | |

Debtor 1    **Masahiko Negita**
Debtor 2    **Yasuko Negita**

Case number *(if known)*  **23-12365**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2022 )** | ☐ Wages, commissions, bonuses, tips | $13,660.00 | ☐ Wages, commissions, bonuses, tips | $108,500.00 |
| | ■ Operating a business | | ■ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2021 )** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | $88,300.00 |
| | ■ Operating a business | | ■ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $0.00 | Rent | $3,090.00 |
| **For last calendar year:**<br>**(January 1 to December 31, 2022 )** | | $0.00 | Rent | $12,000.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2021 )** | | $0.00 | Rent | $12,000.00 |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.  Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

   ■ No.  Go to line 7.
   ☐ Yes  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.  Debtor 1 or Debtor 2 or both have primarily consumer debts.
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.  Go to line 7.
   ☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 2

| Debtor 1 | **Masahiko Negita** | | |
|---|---|---|---|
| Debtor 2 | **Yasuko Negita** | Case number *(if known)* | **23-12365** |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Keawsri et al. v. Ramen-Ya Inc. et al, 17-cv-02406 | Wage and salary | Southern District of New York | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Rivas v. Negita et al. BER-L-3873-22 | Personal Injury | Superior Court - Bergen County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

| Debtor 1 | **Masahiko Negita** | |
|---|---|---|
| Debtor 2 | **Yasuko Negita** | |
| | | Case number *(if known)*  **23-12365** |

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    - ☐ No
    - ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |
| Saori Negita<br>295 Johnston Avenue<br>Unit 342<br>Jersey City, NJ 07304 | $2,000 | July 2022 | $2,000.00 |
| Person's relationship to you: **Daughter** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    - ■ No
    - ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
    - ■ No
    - ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
    - ☐ No
    - ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway<br>Suite 100<br>Livingston, NJ 07039 | 15,742.50 | January 3, 2023 | $15,742.50 |
| Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway<br>Suite 100<br>Livingston, NJ 07039 | 16,186.18 | March 1, 2023 | $16,186.18 |

| Debtor 1 | **Masahiko Negita** |
|---|---|
| Debtor 2 | **Yasuko Negita** |

Case number *(if known)* **23-12365**

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway<br>Suite 100<br>Livingston, NJ 07039 | $9,809.32 | March 7, 2023 | $9,809.32 |
| Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway<br>Suite 100<br>Livingston, NJ 07039 | $6,983.49 | March 16, 2023 | $6,983.49 |
| Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway<br>Suite 100<br>Livingston, NJ 07039 | $5,000.00 | March 23, 2023 | $5,000.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Mai Yokoyama<br>2-16-10 Higashi Yotsugi<br>Inishia Tateishi 101<br>Katsushikam Tokyo<br>Japan 124-0014<br><br>Neice of Debtor 2 | Personal loan of $106,437.78 | | September 15, 2022 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Debtor 1 | **Masahiko Negita** | | |
|---|---|---|---|
| Debtor 2 | **Yasuko Negita** | Case number *(if known)* | **23-12365** |

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Wells Fargo<br>1 West Railroad Avenue<br>Tenafly, NJ 07670 | | None | ☐ No<br>■ Yes |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, and State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

| Debtor 1 | **Masahiko Negita** | |
|---|---|---|
| Debtor 2 | **Yasuko Negita** | |

Case number *(if known)*   **23-12365**

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Ramen-Ya, Inc.<br>133 West 3rd Street<br>New York, NY 10012 | Restaurant<br><br>Kil S. Jung<br>1`6 West 32nd Street, Suite 1104<br>New York, NY 10001 | EIN:     47-2042238<br><br>From-To   Started 10/9/2014 |
| Ku-Raku NewYork Inc.<br>3954 Broadway<br>New York, NY 10032 | Restaurant<br><br>Kil S. Jung<br>16 West 32nd Street, Suite 1104<br>New York, NY 10001 | EIN:     83-2221957<br><br>From-To   Started 10/16/2018 |

| Debtor 1 | **Masahiko Negita** |
|---|---|
| Debtor 2 | **Yasuko Negita** |

Case number *(if known)* **23-12365**

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name | Date Issued |
|---|---|
| Address | |
| (Number, Street, City, State and ZIP Code) | |

**Part 12:  Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

Masahiko Negita
Signature of Debtor 1

Yasuko Negita
Signature of Debtor 2

Date    4/11/23

Date    4/11/2023

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |         |                    |
|---|---------|--------------------|
|   | $1,167  | filing fee         |
| + | $571    | administrative fee |
|   | $1,738  | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |       |                    |
|---|-------|--------------------|
|   | $200  | filing fee         |
| + | $78   | administrative fee |
|   | $278  | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |       |                    |
|---|-------|--------------------|
|   | $235  | filing fee         |
| + | $78   | administrative fee |
|   | $313  | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

---

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re   **Masahiko Negita**
       **Yasuko Negita**
                                                          Case No.   **23-12365**
                                        Debtor(s)         Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ........................................   $          **35,000.00**

     Prior to the filing of this statement I have received ...........................   $          **35,000.00**

     Balance Due ...........................................................................   $              **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor      □ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      □ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_____        _____
*Date*                                  **Barry J. Roy 85694**
                                        *Signature of Attorney*
                                        **Rabinowitz, Lubetkin & Tully, LLC**
                                        **293 Eisenhower Parkway**
                                        **Suite 100**
                                        **Livingston, NJ 07039**
                                        **973-597-9100 Fax: 973-597-9119**
                                        *Name of law firm*

**United States Bankruptcy Court**
**District of New Jersey**

In re   **Masahiko Negita**
       **Yasuko Negita**                                        Case No.  **23-12365**

                                               Debtor(s)             Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _4/11/23_                                _____
                                          **Masahiko Negita**
                                          Signature of Debtor

Date: _4/11/2023_                            _____
                                          **Yasuko Negita**
                                          Signature of Debtor

133 South Macdougal LLC
81 Sullivan Street
New York, NY 10012


Bank of America
PO Box 672050
Dallas, TX 75267-2050


Chase
700 Kansas Lane
Mail Code LA 6633
Monroe, LA 71203


Chase
1370 6th Avenue
New York, NY 10019


Chase Auto
PO Box 78232
Phoenix, AZ 85062-8232


Christine Marcia
119 Gordon Street
Ridgefield Park, NJ 07660


Department of Education/Advantage
1891 Metro Center Drive
Reston, VA 20190


Florence Prostani Law LLC
420 Lexington Avenue
Suite 1402
New York, NY 10170


Fukumatsu Inc.
212 East 52nd Street
New York, NY 10022


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Special Procedures Branch
Attn: Bankruptcy Section
PO Box 744
Springfield, NJ 07081


Jimmy Rivas
c/o Marvin R. Walden, Esq.
Greenberg & Walden
425 59th Street
West New York, NJ 07093


Ku-Raku NYC
3952 Broadway
New York, NY 10032


Miho Maki
116 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028

Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
116 East 82nd Street, #4C
New York, NY 10028


Miho Maki
166 East 82nd Street, #4C
New York, NY 10028


Miho Maki
116 East 82nd Street, #4C
New York, NY 10028


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009

Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009

```
Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Mr. Kenji Kora
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Floor
New York, NY 10009


Natcha Natatpisit
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


NYS Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


NYSDeptofTaxation&Finance
Bankruptcy Unit - TCD
Building 9
W.A. Harriman StateCampus
Albany, NY 12227


Ornrat Keawsri
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Paarichat Kongtuk
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932
```

Parada Mongkolkajit
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Paul H. Schafhauser, Esq.
c/o Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Pimparat Ketchatrot
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


PNC Bank
B6-YM07-01-7
PO Box 1820
Dayton, OH 45401-1820


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012

Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Ramen-Ya Inc.
133 West 3rd Street
New York, NY 10012


Sachina Nagae
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Siwapon Topon
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


State of New Jersey
Division of Taxation
Gross Income Tax
50 Barrack Street
Trenton, NJ 08625

Takayuki Sekiya
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Tanon Leechot
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Thanatharn Kulaptip
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Thiratham Raksuk
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Tokyo Metropolitan Tax Office
5-13-1, Tateishi
Katsushika City
Tokyo 1248560, Japan


Tokyo Regional Taxation Bureau
Katsushik Tax Office
8 Chome-31-6 Tateishi
Katsushika City, Tokyo 124-8560, Japan


Wanwisa Nakwirot
c/o Paul H. Schafhauser, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009

Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009

```
Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009


Y&S Inc.
c/o Howard Chun, Esq.
Kaplan & Chun, P.C.
207 East 4th Street, 1st Fl.
New York, NY 10009
```