Masahiko Negita
Yasuko Negita
Bankruptcy Case 23-12385
Balance Sheet
March 23, 2023

**Assets**

| | |
|---|---:|
| Cash | 52,862 |
| Retirement plans -IRAs | 205,494 |
| Personal residence | 1,000,000 |
| Investment property - Tokyo, Japan | 250,591 |
| Vehicles | 63,400 |
| Household goods, furnishings, appliances | 8,000 |
| Clothing and Jewelry | 6,000 |
| Cash value, life insurance | 94,654 |
| Loans receivable | 106,438 |
| Deposit | 16,000 |
| Total Assets | 1,803,439 |

**Liabilities and Equity**

| | |
|---|---:|
| Secured debt | 295,334 |
| Internal revenue (Estimate) | 27,000 |
| NYS Department of Finance | 1,406,691 |
| Unsecured debt | 2,606,096 |
| Total Liabilities | 4,335,121 |
| | |
| Equity | (2,531,682) |
| | |
| Total Liabilties and Equity | 1,803,439 |