Masahiko Negita
Yasuko Negita
Bankruptcy Case 23-12385
Statement of operations
3 months ended March 31, 2023

|  | Debtor 1 | Debtor 2 | Joint |
|---|---:|---:|---:|
| Wages | 9,000 | 18,000 | 27,000 |
| Less: Payroll tax withholding | (1,345) | (4,634) | (5,979) |
| Net payroll | 7,655 | 13,366 | 21,021 |
| Other Income | - | 3,000 | 3,000 |
| Income | 7,655 | 16,366 | 24,021 |

Expenses

| | |
|---|---:|
| Mortgage including real estate taxes and insurance | 16,299 |
| Home Maintenance | 600 |
| Utilities | 3,309 |
| Food and housekeeping supplies | 1,500 |
| Clothing, laundry and dry cleaning | 300 |
| Personal care products and services | 150 |
| Medical and dental expenses | 150 |
| Transportation | 300 |
| Entertainment | 150 |
| Insurance | 5,349 |
| Car payment | 1,404 |
| Total expenses | 29,511 |
| Net loss | (5,490) |