| Form **9325** (January 2017) | Department of the Treasury - Internal Revenue Service<br>**Acknowledgement and General Information for Taxpayers Who File Returns Electronically** |
|---|---|

Thank you for participating in IRS *e-file*.

Taxpayer name   MASAHIKO & YASUKO NEGITA

Taxpayer address (optional)

8 FLORAL TERRACE

TENAFLY NJ 07670

1. [x] Your federal income tax return for ____2021____ was filed electronically with the __Andover__ Submission Processing Center. The electronic filing services were provided by __KIL S. JUNG, CPA__.

2. [x] Your return was accepted on __04/16/2022__ using a Personal Identification Number (PIN) as your electronic signature. You entered a PIN or authorized the Electronic Return Originator (ERO) to enter or generate a PIN for you. The Submission ID assigned to your return is __2616742022106 06jc8vq__.

3. [ ] Your return was accepted on _____ Allow 4 to 6 weeks for the processing of your return. The Earned Income Credit or a dependent's exemption on your return may be reduced or disallowed due to a child's name and social security number mismatch.

4. [x] Your electronic funds withdrawal payment request was accepted for processing.

5. [ ] Your electronic funds withdrawal payment request was not accepted for processing. Refer to the "If You Owe Tax" section.

6. [ ] Your Form 4868, Application for Automatic Extension of Time to File U.S. Individual Income Tax Return, was accepted on _____. The Submission ID assigned to your extension is _____.

## DO NOT SEND A PAPER COPY OF YOUR RETURN TO THE IRS.
## IF YOU DO, IT WILL DELAY THE PROCESSING OF THE RETURN.

### If You Need to Make a Change to Your Return

If you need to make a change or correct the return you filed electronically, you should send a Form 1040X, Amended U.S. Individual Income Tax Return, to the IRS Submission Processing Center that processes paper returns for your area. The address is available at *www.irs.gov*, or you can call the IRS toll-free at 1-800-829-1040.

### If You Need to Ask About Your Refund

The IRS notifies your Electronic Return Originator (ERO) when your return is accepted, usually within 48 hours. If your return was not accepted, the IRS notifies your ERO of the reasons for rejection. If it has been more than three weeks since the IRS accepted your return and you have not received your refund, go to *www.irs.gov* and click on "Where's My Refund?" to view your refund status. Exception: If box 3 above is checked, allow 4 to 6 weeks for processing of your return. A notice will be sent to you advising of changes to your return.

Also, you can call the TeleTax line at 1-800-829-4477, for automated refund information. You should have available the first social security number shown on your return, your filing status, and the exact amount of the refund you expect. TeleTax gives you the date for mailing or depositing your refund. You should receive your refund check within 30 days of the date given by TeleTax, or within one week of that date, if you chose direct deposit. If you do not receive it by then, or if TeleTax does not give your refund information, call the Refund Hotline at 1-800-829-1954.

The IRS uses refunds to cover overdue taxes and notifies you when this occurs. The Fiscal Service offsets refunds through the Treasury Offset Program to cover past due child support, federal agency non-tax debts such as student loans and state income tax obligations. Fiscal Service sends you an offset notice if it applies your refund or part of your refund to non-tax debts. If you have questions about the offset, contact the agency identified in the notice. You may also call the Treasury Offset Program Call Center at 1-800-304-3107, if you have additional questions.

## If You Owe Tax

If your return has a balance due, you must pay the amount you owe by the prescribed due date. If you paid by electronic funds withdrawal (direct debit) or by credit card, no voucher is needed. The credit card service providers will charge a convenience fee based on the amount of taxes you are paying. The fees and the type of credit or debit cards accepted may vary between providers. You will be told the amount of the fee during the transaction and you will be given the option to either continue or end the transaction. For information on paying your taxes electronically, including by credit or debit card, go to *www.irs.gov/e-pay*.

If you are not paying electronically you may use Form 1040-V, Payment Voucher, which you can obtain from your Electronic Return Originator. If the IRS does not receive your payment by the prescribed due date, you will receive a notice that requests full payment of the tax due, plus penalties and interest. If you can not pay the amount in full, complete Form 9465, Installment Agreement Request, which you may file electronically. To apply for an installment agreement online, go to *www.irs.gov*. You may also order Form 9465 by calling 1-800-TAX-FORM (1-800-829-3676). If approved, the IRS charges a user fee to set up an installment agreement.

## If You Need to Inquire About Your Electronic Funds Withdrawal Payment

You may call 1-888-353-4537 to inquire about the status of your electronic funds withdrawal payment. If there is a change to the bank account information included on your return, you should call this number to cancel a scheduled payment. You should have available the social security number of the first person listed on the tax return, the payment amount, and the bank account number. Cancellation requests must be received no later than 11:59 p.m. E.T. two business days prior to the scheduled payment date.

## Tax Refund Related Financial Products

Financial institutions offer a variety of financial products to taxpayers based on their refunds. Contracts for financial products are between you and the financial institution. The IRS is not associated with the contract. **If you have questions about tax refund related products, contact your Electronic Return Originator or the lender.**

# Form 1040 — U.S. Individual Income Tax Return (2021)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Filing Status** (Check only one box.)
- [ ] Single
- [X] Married filing jointly
- [ ] Married filing separately (MFS)
- [ ] Head of household (HOH)
- [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Field | Value |
|---|---|
| Your first name and middle initial | MASAHIKO |
| Last name | NEGITA |
| Your social security number | |
| Spouse's first name and middle initial | YASUKO |
| Last name | NEGITA |
| Spouse's social security number | |
| Home address (number and street) | 8 FLORAL TERRACE |
| Apt. no. | |
| City, town, or post office | TENAFLY |
| State | NJ |
| ZIP code | 07670 |

**Presidential Election Campaign**: [X] You  [X] Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? [ ] Yes  [X] No

**Standard Deduction**
Someone can claim: [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
You: [X] Were born before January 2, 1957  [ ] Are blind
Spouse: [X] Was born before January 2, 1957  [ ] Is blind

**Dependents** (see instructions): (none listed)

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 88,300. |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | −3,000. |
| 8 | Other income from Schedule 1, line 10 | 0. |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | 85,300. |
| 10 | Adjustments to income from Schedule 1, line 26 | 14,000. |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | 71,300. |
| 12a | Standard deduction or itemized deductions (from Schedule A) | 27,800. |
| 12b | Charitable contributions if you take the standard deduction (see instructions) | |
| 12c | Add lines 12a and 12b | 27,800. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | |
| 14 | Add lines 12c and 13 | 27,800. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | 43,500. |

Standard Deduction for—
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2021)

Form 1040 (2021) Page **2**

| | | | |
|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ ____ | 16 | 4,825. |
| 17 | Amount from Schedule 2, line 3 | 17 | 3,312. |
| 18 | Add lines 16 and 17 | 18 | 8,137. |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| 20 | Amount from Schedule 3, line 8 | 20 | |
| 21 | Add lines 19 and 20 | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 8,137. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 0. |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | 24 | 8,137. |
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 .......... 25a  6,937. | | |
| b | Form(s) 1099 ......... 25b | | |
| c | Other forms (see instructions) ......... 25c | | |
| d | Add lines 25a through 25c | 25d | 6,937. |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | 26 | |
| 27a | Earned income credit (EIC) .......... No  27a | | |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | |
| b | Nontaxable combat pay election .... 27b | | |
| c | Prior year (2019) earned income .... 27c | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812  28 | | |
| 29 | American opportunity credit from Form 8863, line 8 .......  29 | | |
| 30 | Recovery rebate credit. See instructions .......  30 | | |
| 31 | Amount from Schedule 3, line 15 .......  31 | | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** ▶ | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | 33 | 6,937. |

If you have a qualifying child, attach Sch. EIC.

**Refund**

| | | | |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 35a | |
| ▶b | Routing number X X X X X X X X X   ▶c Type: ☐ Checking ☐ Savings | | |
| ▶d | Account number X X X X X X X X X X X X X X X X X | | |
| 36 | Amount of line 34 you want **applied to your 2022 estimated tax** ▶  36 | | |

Direct deposit? See instructions.

**Amount You Owe**

| | | | |
|---|---|---|---|
| 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | 37 | 1,200. |
| 38 | Estimated tax penalty (see instructions) ▶ 38 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ Yes. Complete below.  ☒ No

| Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation  NOT EMPLOYED | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation  EMPLOYEE | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |

Joint return? See instructions. Keep a copy for your records.

Phone no.   Email address

**Paid Preparer Use Only**

| Preparer's name  KIL S JUNG | Preparer's signature  KIL S JUNG | Date  09/02/2022 | PTIN  P01717931 | Check if: ☒ Self-employed |
| Firm's name ▶ KIL S. JUNG, CPA | | | | Phone no. (212) 714-1772 |
| Firm's address ▶ 16 W 32ND ST, STE 1104 NEW YORK NY 10001 | | | | Firm's EIN ▶ 13-3461360 |

Go to *www.irs.gov/Form1040* for instructions and the latest information.    BAA    REV 07/07/22 PRO    Form **1040** (2021)

| SCHEDULE 1 (Form 1040) | **Additional Income and Adjustments to Income** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040, 1040-SR, or 1040-NR. ▶ Go to www.irs.gov/Form1040 for instructions and the latest information. | 2021 Attachment Sequence No. 01 |

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| MASAHIKO & YASUKO NEGITA | |

### Part I — Additional Income

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 | 0. |
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions) ▶ _____ | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 5 | |
| 6 | Farm income or (loss). Attach Schedule F | 6 | |
| 7 | Unemployment compensation | 7 | |
| 8 | Other income: | | |
| a | Net operating loss | 8a ( ) | |
| b | Gambling income | 8b | |
| c | Cancellation of debt | 8c | |
| d | Foreign earned income exclusion from Form 2555 | 8d ( ) | |
| e | Taxable Health Savings Account distribution | 8e | |
| f | Alaska Permanent Fund dividends | 8f | |
| g | Jury duty pay | 8g | |
| h | Prizes and awards | 8h | |
| i | Activity not engaged in for profit income | 8i | |
| j | Stock options | 8j | |
| k | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8k | |
| l | Olympic and Paralympic medals and USOC prize money (see instructions) | 8l | |
| m | Section 951(a) inclusion (see instructions) | 8m | |
| n | Section 951A(a) inclusion (see instructions) | 8n | |
| o | Section 461(l) excess business loss adjustment | 8o | |
| p | Taxable distributions from an ABLE account (see instructions) | 8p | |
| z | Other income. List type and amount ▶ _____ | 8z | |
| 9 | Total other income. Add lines 8a through 8z | 9 | |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | 10 | 0. |

For Paperwork Reduction Act Notice, see your tax return instructions.     Schedule 1 (Form 1040) 2021

Schedule 1 (Form 1040) 2021											Page **2**

### Part II	Adjustments to Income

| | | |
|---|---|---|
| 11 | Educator expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 . . . . . . . . . . . . | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . . . | 15 | |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . . . . | 16 | |
| 17 | Self-employed health insurance deduction . . . . . . . . . . . . . . . . | 17 | |
| 18 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . . . . | 18 | |
| 19a | Alimony paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19a | |
| b | Recipient's SSN . . . . . . . . . . . . . . . . . . . . ▶ | | |
| c | Date of original divorce or separation agreement (see instructions) ▶ | | |
| 20 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | 14,000. |
| 21 | Student loan interest deduction . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . | 22 | |
| 23 | Archer MSA deduction . . . . . . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions) . . . . . . . . . . . . . . | 24a | |
| b | Deductible expenses related to income reported on line 8k from the rental of personal property engaged in for profit . . . . . | 24b | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8l . . . . . | 24c | |
| d | Reforestation amortization and expenses . . . . . . . . . | 24d | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . . . . . . | 24e | |
| f | Contributions to section 501(c)(18)(D) pension plans . . . . . | 24f | |
| g | Contributions by certain chaplains to section 403(b) plans . . | 24g | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . . . . | 24h | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . . . . . . . . . . . . | 24i | |
| j | Housing deduction from Form 2555 . . . . . . . . . . . . | 24j | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . . . . . . . . . . . . . . . | 24k | |
| z | Other adjustments. List type and amount ▶ | 24z | |
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . . . . . . . . ▶ | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a . . . . . | 26 | 14,000. |

BAA		REV 07/07/22 PRO		Schedule 1 (Form 1040) 2021

| SCHEDULE 2<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service | **Additional Taxes**<br>▶ Attach to Form 1040, 1040-SR, or 1040-NR.<br>▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | OMB No. 1545-0074<br>2021<br>Attachment<br>Sequence No. 02 |
|---|---|---|
| Name(s) shown on Form 1040, 1040-SR, or 1040-NR<br>MASAHIKO & YASUKO NEGITA | | Your social security number |

### Part I  Tax

| | | | |
|---|---|---|---:|
| 1 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . . | 2 | 3,312. |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . | 3 | 3,312. |

### Part II  Other Taxes

| | | | |
|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . . | 7 | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required | 8 | |
| 9 | Household employment taxes. Attach Schedule H . . . . . . . . . . . . . | 9 | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required . . . . . | 10 | |
| 11 | Additional Medicare Tax. Attach Form 8959 . . . . . . . . . . . . . . . . | 11 | |
| 12 | Net investment income tax. Attach Form 8960 . . . . . . . . . . . . . . . | 12 | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . . . . . . . . . . . . | 13 | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . . . . | 16 | |

(continued on page 2)

For Paperwork Reduction Act Notice, see your tax return instructions.    Schedule 2 (Form 1040) 2021

Schedule 2 (Form 1040) 2021 Page **2**

## Part II  Other Taxes (continued)

| | | | |
|---|---|---|---|
| 17 | Other additional taxes: | | |
| a | Recapture of other credits. List type, form number, and amount ▶ _____ | 17a | |
| b | Recapture of federal mortgage subsidy. If you sold your home in 2021, see instructions | 17b | |
| c | Additional tax on HSA distributions. Attach Form 8889 | 17c | |
| d | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 | 17d | |
| e | Additional tax on Archer MSA distributions. Attach Form 8853 | 17e | |
| f | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 | 17f | |
| g | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property | 17g | |
| h | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A | 17h | |
| i | Compensation you received from a nonqualified deferred compensation plan described in section 457A | 17i | |
| j | Section 72(m)(5) excess benefits tax | 17j | |
| k | Golden parachute payments | 17k | |
| l | Tax on accumulation distribution of trusts | 17l | |
| m | Excise tax on insider stock compensation from an expatriated corporation | 17m | |
| n | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 | 17n | |
| o | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR | 17o | |
| p | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund | 17p | |
| q | Any interest from Form 8621, line 24 | 17q | |
| z | Any other taxes. List type and amount ▶ _____ | 17z | |
| 18 | Total additional taxes. Add lines 17a through 17z | | 18 |
| 19 | Additional tax from Schedule 8812 | | 19 |
| 20 | Section 965 net tax liability installment from Form 965-A | 20 | |
| 21 | Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes.** Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b | | 21 |

BAA  REV 07/07/22 PRO  Schedule 2 (Form 1040) 2021

| SCHEDULE D (Form 1040) | **Capital Gains and Losses** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040, 1040-SR, or 1040-NR.<br>▶ Go to *www.irs.gov/ScheduleD* for instructions and the latest information.<br>▶ Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10. | 2021<br>Attachment Sequence No. 12 |

Name(s) shown on return: MASAHIKO & YASUKO NEGITA

Your social security number:

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year? ☐ Yes  ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

**Part I   Short-Term Capital Gains and Losses—Generally Assets Held One Year or Less** (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br>This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| 1a Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b . | | | | |
| 1b Totals for all transactions reported on Form(s) 8949 with **Box A** checked . . . . . . . . . . . . . . | | | | |
| 2 Totals for all transactions reported on Form(s) 8949 with **Box B** checked . . . . . . . . . . . . . . | | | | |
| 3 Totals for all transactions reported on Form(s) 8949 with **Box C** checked . . . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . | 6 | ( 15,086. ) |
| 7 **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back . . . . . . . | 7 | -15,086. |

**Part II   Long-Term Capital Gains and Losses—Generally Assets Held More Than One Year** (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br>This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| 8a Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b . | | | | |
| 8b Totals for all transactions reported on Form(s) 8949 with **Box D** checked . . . . . . . . . . . . . . | | | | |
| 9 Totals for all transactions reported on Form(s) 8949 with **Box E** checked . . . . . . . . . . . . . . | | | | |
| 10 Totals for all transactions reported on Form(s) 8949 with **Box F** checked. . . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | |
| 13 Capital gain distributions. See the instructions . . . . . . . . . . . . . . . . . . . | 13 | |
| 14 Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . | 14 | ( 9,329. ) |
| 15 **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then, go to Part III on the back. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | -9,329. |

For Paperwork Reduction Act Notice, see your tax return instructions.    BAA    REV 07/07/22 PRO    Schedule D (Form 1040) 2021

Schedule D (Form 1040) 2021 — Page **2**

## Part III   Summary

**16**  Combine lines 7 and 15 and enter the result  . . . . . . . . . . . . . . . . . . . . . . . **16**  −24,415.

- If line 16 is a **gain,** enter the amount from line 16 on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 17 below.
- If line 16 is a **loss,** skip lines 17 through 20 below. Then, go to line 21. Also be sure to complete line 22.
- If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 22.

**17**  Are lines 15 and 16 **both** gains?
☐ **Yes.** Go to line 18.
☐ **No.** Skip lines 18 through 21, and go to line 22.

**18**  If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the amount, if any, from line 7 of that worksheet . . . . . . . . . . . . . . . ▶  **18**

**19**  If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet . . . . . . . . . . ▶  **19**

**20**  Are lines 18 and 19 both zero or blank and are you not filing Form 4952?
☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Forms 1040 and 1040-SR, line 16. **Don't** complete lines 21 and 22 below.

☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21 and 22 below.

**21**  If line 16 is a loss, enter here and on Form 1040, 1040-SR, or 1040-NR, line 7, the **smaller** of:

- The loss on line 16; or
- ($3,000), or if married filing separately, ($1,500)

. . . . . . . . . . . . . . **21** ( 3,000. )

**Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

**22**  Do you have qualified dividends on Form 1040, 1040-SR, or 1040-NR, line 3a?

☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Forms 1040 and 1040-SR, line 16.

☒ **No.** Complete the rest of Form 1040, 1040-SR, or 1040-NR.

REV 07/07/22 PRO        Schedule D (Form 1040) 2021

Form **8962**
Department of the Treasury
Internal Revenue Service

**Premium Tax Credit (PTC)**

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/Form8962* for instructions and the latest information.

OMB No. 1545-0074
**2021**
Attachment Sequence No. **73**

Name shown on your return: MASAHIKO & YASUKO NEGITA

Your social security number:

**A.** If you, or your spouse (if filing a joint return), received, or were approved to receive, unemployment compensation for any week beginning during 2021, check the box. See instructions . . . ▶ ☐

**B.** You cannot take the PTC if your filing status is married filing separately unless you qualify for an exception. See instructions. If you qualify, check the box ▶ ☐

### Part I — Annual and Monthly Contribution Amount

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Tax family size. Enter your tax family size. See instructions | 1 | 2 |
| 2a | Modified AGI. Enter your modified AGI. See instructions | 2a | 71,300. |
| b | Enter the total of your dependents' modified AGI. See instructions | 2b | |
| 3 | Household income. Add the amounts on lines 2a and 2b. See instructions | 3 | 71,300. |
| 4 | Federal poverty line. Enter the federal poverty line amount from Table 1-1, 1-2, or 1-3. See instructions. Check the appropriate box for the federal poverty table used. a ☐ Alaska  b ☐ Hawaii  c ☒ Other 48 states and DC | 4 | 17,240. |
| 5 | Household income as a percentage of federal poverty line (see instructions) | 5 | 401 % |
| 6 | Reserved for future use | | |
| 7 | Applicable figure. Using your line 5 percentage, locate your "applicable figure" on the table in the instructions | 7 | 0.0850 |
| 8a | Annual contribution amount. Multiply line 3 by line 7. Round to nearest whole dollar amount   8a   6,061. | | |
| 8b | Monthly contribution amount. Divide line 8a by 12. Round to nearest whole dollar amount | 8b | 505. |

### Part II — Premium Tax Credit Claim and Reconciliation of Advance Payment of Premium Tax Credit

**9** Are you allocating policy amounts with another taxpayer or do you want to use the alternative calculation for year of marriage? See instructions.
☐ Yes. Skip to Part IV, Allocation of Policy Amounts, or Part V, Alternative Calculation for Year of Marriage.   ☒ No. Continue to line 10.

**10** See the instructions to determine if you can use line 11 or must complete lines 12 through 23.
☐ Yes. Continue to line 11. Compute your annual PTC. Then skip lines 12–23 and continue to line 24.
☒ No. Continue to lines 12–23. Compute your monthly PTC and continue to line 24.

| | (a) Annual enrollment premiums (Form(s) 1095-A, line 33A) | (b) Annual applicable SLCSP premium (Form(s) 1095-A, line 33B) | (c) Annual contribution amount (line 8a) | (d) Annual maximum premium assistance (subtract (c) from (b); if zero or less, enter -0-) | (e) Annual premium tax credit allowed (smaller of (a) or (d)) | (f) Annual advance payment of PTC (Form(s) 1095-A, line 33C) |
|---|---|---|---|---|---|---|
| Annual Calculation | | | | | | |
| **11** Annual Totals | | | | | | |

| | | (a) Monthly enrollment premiums (Form(s) 1095-A, lines 21–32, column A) | (b) Monthly applicable SLCSP premium (Form(s) 1095-A, lines 21–32, column B) | (c) Monthly contribution amount (amount from line 8b or alternative marriage monthly calculation) | (d) Monthly maximum premium assistance (subtract (c) from (b); if zero or less, enter -0-) | (e) Monthly premium tax credit allowed (smaller of (a) or (d)) | (f) Monthly advance payment of PTC (Form(s) 1095-A, lines 21–32, column C) |
|---|---|---|---|---|---|---|---|
| Monthly Calculation | | | | | | | |
| 12 | January | 1,011. | 988. | 505. | 483. | 483. | 732. |
| 13 | February | 1,011. | 988. | 505. | 483. | 483. | 732. |
| 14 | March | 1,011. | 988. | 505. | 483. | 483. | 732. |
| 15 | April | 1,011. | 988. | 505. | 483. | 483. | 732. |
| 16 | May | 1,011. | 988. | 505. | 483. | 483. | 732. |
| 17 | June | 1,011. | 988. | 505. | 483. | 483. | 879. |
| 18 | July | 1,011. | 988. | 505. | 483. | 483. | 879. |
| 19 | August | 1,011. | 988. | 505. | 483. | 483. | 879. |
| 20 | September | 0. | 0. | 505. | 0. | 0. | 879. |
| 21 | October | | | | | | |
| 22 | November | | | | | | |
| 23 | December | | | | | | |

| 24 | Total premium tax credit. Enter the amount from line 11(e) or add lines 12(e) through 23(e) and enter the total here | 24 | 3,864. |
|---|---|---|---|
| 25 | Advance payment of PTC. Enter the amount from line 11(f) or add lines 12(f) through 23(f) and enter the total here | 25 | 7,176. |
| 26 | Net premium tax credit. If line 24 is greater than line 25, subtract line 25 from line 24. Enter the difference here and on Schedule 3 (Form 1040), line 9. If line 24 equals line 25, enter -0-. Stop here. If line 25 is greater than line 24, leave this line blank and continue to line 27 | 26 | |

### Part III — Repayment of Excess Advance Payment of the Premium Tax Credit

| 27 | Excess advance payment of PTC. If line 25 is greater than line 24, subtract line 24 from line 25. Enter the difference here | 27 | 3,312. |
|---|---|---|---|
| 28 | Repayment limitation (see instructions) | 28 | |
| 29 | Excess advance premium tax credit repayment. Enter the smaller of line 27 or line 28 here and on Schedule 2 (Form 1040), line 2 | 29 | 3,312. |

For Paperwork Reduction Act Notice, see your tax return instructions.   BA   REV 07/07/22 PR   Form **8962** (2021)

Form 8962 (2021) Page **2**

## Part IV  Allocation of Policy Amounts

Complete the following information for up to four policy amount allocations. See instructions for allocation details.

**Allocation 1**

| 30 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |
| | | | | |

**Allocation 2**

| 31 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |
| | | | | |

**Allocation 3**

| 32 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |
| | | | | |

**Allocation 4**

| 33 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |
| | | | | |

34  Have you completed all policy amount allocations?

☐ **Yes.** Multiply the amounts on Form 1095-A by the allocation percentages entered by policy. Add all allocated policy amounts and non-allocated policy amounts from Forms 1095-A, if any, to compute a combined total for each month. Enter the combined total for each month on lines 12–23, columns (a), (b), and (f). Compute the amounts for lines 12–23, columns (c)–(e), and continue to line 24.

☐ **No.** See the instructions to report additional policy amount allocations.

## Part V  Alternative Calculation for Year of Marriage

Complete line(s) 35 and/or 36 to elect the alternative calculation for year of marriage. For eligibility to make the election, see the instructions for line 9. To complete line(s) 35 and/or 36 and compute the amounts for lines 12–23, see the instructions for this Part V.

| 35 | Alternative entries for your SSN | (a) Alternative family size | (b) Alternative monthly contribution amount | (c) Alternative start month | (d) Alternative stop month |
|---|---|---|---|---|---|
| 36 | Alternative entries for your spouse's SSN | (a) Alternative family size | (b) Alternative monthly contribution amount | (c) Alternative start month | (d) Alternative stop month |

REV 07/07/22 PR

Form **8962** (2021)