| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>ROGER CHAVEZ, ESQ. (RC4040)<br>ROBERT TREAT CENTER<br>50 PARK PLACE, SUITE 1104<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>COUNSEL FOR ATTORNEY FOR GREENBERG & WALDEN, L.L.C., ON BEHALF OF CREDITOR, JIMMY RIVAS | |
| In Re:<br><br>MASAHIKO NEGITA and YASUKO NEGITA,<br><br><br>DEBTORS. | Case No.: 23-12365/SLM<br><br>Chapter: 11 (Subchapter V)<br><br>Judge: Stacey L. Meisel |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Greenberg & Walden, LLC, on behalf of Creditor, Jimmy Rivas. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: ROGER CHAVEZ
ATTORNEY AT LAW
ROBERT TREAT CENTER
50 PARK PLACE, SUITE 1104
NEWARK, NEW JERSEY 07102

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐ All documents and pleadings of any nature.

Date: April 23, 2023                     /s/ Roger Chavez
                                          Signature

new.8/1/15