**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Case No.: _____

Hearing Date: _____

Chapter: <u>11 (Small Business Subchapter V)</u>

Judge: _____

**NOTICE OF STATUS HEARING AND § 1111(b) ELECTION DEADLINE**

<u>**11 U.S.C. § 1188(a) STATUS HEARING:**</u>

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge. **COURT APPEARANCES ARE REQUIRED.**

**Reason for Hearing:**   <u>**Status Conference**</u>

**Location of Hearing:**   Courtroom No. _____
_____
_____

Date and Time:   _____, or as soon thereafter as counsel may be heard.

**NOTE:**   **In accordance with 11 U.S.C. § 1188(c), a status report must be filed by the debtor not later than 14 days before the date of the initial status conference. Mandatory** *Local Form Subchapter V Status Report* **can be found at www.njb.uscourts.gov under the "forms" tab.**

<u>**11 U.S.C. § 1111(b) ELECTION DEADLINE:**</u>

In accordance with Federal Rule of Bankruptcy Procedure 3014, the Court hereby directs creditors seeking a § 1111(b) election to make such election **no later than 60 days** from the petition date, unless extended by further order of the Court.

<u>**NOTICE**</u>

**THE DEBTOR MUST SERVE THIS NOTICE ON ALL CREDITORS AND PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE ON THE CASE DOCKET**

DATE: _____

<u>**CERTIFICATE OF MAILING**</u>

I HEREBY CERTIFY that on _____, 20_____ this notice was served on the following:

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

*rev.2/06/2023*