UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RABINOWITZ, LUBETKIN & TULLY, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Barry J. Roy, Esq.
Proposed Counsel to Debtors

Order Filed on May 12, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

MASAHIKO NEGITA and YASUKO NEGITA,

Debtors.

Case No.:    23-12365

Chapter:    Ch. 11, Subchapter V

Judge:    Meisel

## ORDER AUTHORIZING RETENTION OF

COLDWELL BANKER

The relief set forth on the following page is **ORDERED**.

**DATED: May 12, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Coldwell Banker_____ as _____Debtors' realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  1410 Valley Road
   Wayne, New Jersey 07470

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*