|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey NJ 07039<br>(973) 597-9100<br>Barry J. Roy<br>*Counsel to Debtors/Debtors-in-Possession* |  |
| In re:<br><br>MASAHIKO NEGITA and YASUKO, NEGITA,<br><br>                    Debtors. | Case No. 23-12365<br><br>Chapter 11<br>(Subchapter V)<br><br>Honorable Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, Jennifer Coleman:

   ☐ represent _____ in the above-captioned matter.

   ☒ I am the secretary/paralegal for Barry J. Roy, Esq., who represents the Debtors/Debtors-in-Possession in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On May 15, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   (a) Notice of Status Hearing and § 1111(b) Election Deadline.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:      May 15, 2023                              /s/ Jennifer Coleman
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Chase<br>700 Kansas Lane<br>Mail Code LA 6633<br>Monroe, LA 71203 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Chase Auto<br>PO Box 78232<br>Phoenix, AZ 85062-8232 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| PNC Bank<br>B6-YM07-01-7<br>PO Box 1820<br>Dayton, OH 45401-1820 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| 133 South Macdougal LLC<br>81 Sullivan Street<br>New York, NY 10012 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Bank of America<br>PO Box 672050<br>Dallas, TX 75267-2050 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chase<br>1370 6th Avenue<br>New York, NY 10019 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Department of Education/Advantage<br>1891 Metro Center Drive<br>Reston, VA 20190 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Florence Prostani Law LLC<br>420 Lexington Avenue<br>Suite 1402<br>New York, NY 10170 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Jimmy Rivas<br>c/o Marvin R. Walden, Esq.<br>Greenberg & Walden<br>425 59th Street<br>West New York, NJ 07093 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Ku-Raku NYC<br>3952 Broadway<br>New York, NY 10032 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| NYS Dept of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Paul H. Schafhauser, Esq.<br>Greenberg Traurig, LLP<br>500 Campus Drive<br>Florham Park, NJ 07932 | On behalf of Top 20 Unsecured Creditors - Parada Mongkolkajit<br>Natcha Natatpisit<br>Paarichat Kongtuk<br>Ornrat Keawsri<br>Parada Mongkolkajit<br>Pimparat Ketchatrot<br>Siwapon Topon<br>Takayuki Sekiya<br>Tanon Leechot<br>Thanatharn Kulaptip<br>Thiratham Raksuk | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Taxation<br>Gross Income Tax<br>50 Barrack Street<br>Trenton, NJ 08625 | Top 20 Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Ms. Bonnie Schwartz<br>Coldwell Banker Realty<br>1410 Valley Road<br>Wayne, NJ 07470 | Realtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Sean Raquet, CPA LLC<br>PO Box 223<br>Rockaway, NJ 07866 | Accountant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Roger Chavez, Esq.<br>Robert Treat Center<br>50 Park Place, Suite 1104<br>Newark, NJ 07102 | Counsel for Creditor, Jimmy Rivas | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

5

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Phillip Raymond, Esq.<br>McCalla Raymer Leibert Pierce, LLC<br>485F US Highway 1 S, Ste. 300<br>Iselin, NJ  08830 | Counsel for JPMorgan Chase Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:_____<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |