UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LETITIA JAMES
Attorney General of the State of New York

By: /s/ Jessica Agarwal
Jessica Agarwal
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

In Re:

MASAHIKO NEGITA AND YASUKO NEGITA,
                                                Debtors.

Case No.:   23-12365
Chapter:    11 (Subchapter V)
Judge:      Stacey L. Meisel

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of the New York State Department of Taxation and Finance. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Jessica Agarwal
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: May 24, 2023

/s/ Jessica Agarwal
Signature

*new.8/1/15*