## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**LETITIA JAMES**
*Attorney General of the State of New York*

By: */s/ Jessica Agarwal*
Jessica Agarwal
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8701
Jessica.Agarwal@ag.ny.gov

*Local Counsel for Claimant New York State Department of Taxation and Finance*

---

In re:

MASAHIKO NEGITA AND YASUKO NEGITA,

                    Debtors,

Case No: 23-12365

Chapter: 11 (Subchapter V)

Honorable Stacey L. Meisel

---

### APPLICATION FOR ENTRY OF AN ORDER UNDER D.N.J. LBR 9010-1(b) FOR ADMISSION OF ROBERT J. ROCK *PRO HAC VICE*

    I, Jessica Agarwal, hereby apply to this Court for *pro hac vice* admission of Robert J. Rock, Esq. ("Mr. Rock") to represent the New York State Department of Taxation and Finance ("NYS TAX") in the above-captioned bankruptcy case and in support thereof, certify as follows:

    1.    I have been a member in good standing and am admitted to practice before the following courts: the State Courts of New York and New Jersey, and the United States District Court, District of New Jersey. I am, and have remained, a member in good standing of each of the foregoing bars at all times and am not under disbarment or suspension by any Court. No discipline has ever been imposed against me in any jurisdiction.

1

2. I am an Assistant Attorney General for the State of New York, with my office being located at 28 Liberty Street, New York, NY 10005.

3. Mr. Rock is an Assistant Attorney General in the Office of the New York State Attorney General, with an address at The Capitol, Albany, New York 12224-0341, and he seeks to be admitted *pro hac vice* in the above-captioned case.

4. Attached is the Certification of Mr. Rock wherein he affirms that he is an Assistant Attorney General for New York State and is licensed to practice in the State of New York and certain Federal Courts described therein.

5. To the best of my knowledge, information and belief, Mr. Rock has never been denied admission or disciplined in accordance with the Local Rules of this Court.

6. Mr. Rock states he is familiar with the Local Rules of practice in this Court.

7. Upon Mr. Rock's admission, *pro hac vice*, I will serve as counsel of record upon whom all notices, orders and pleadings shall be served.

Dated: May 24, 2023

/s/ Jessica Agarwal
Jessica Agarwal
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8701
Jessica.Agarwal@ag.ny.gov