UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**LETITIA JAMES**
*Attorney General of the State of New York*

By: */s/ Jessica Agarwal*
Jessica Agarwal
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8701
Jessica.Agarwal@ag.ny.gov

*Local Counsel for Claimant New York State Department of Taxation and Finance*

Re:
MASAHIKO NEGITA AND YASUKO NEGITA,

        Debtors.

Case No. 23-12365
Chapter 11(Subchapter V)
Honorable Stacey L. Meisel

### CERTIFICATION OF ROBERT J. ROCK IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Robert J. Rock, certify under penalty of perjury, as follows:

1. I am an Assistant Attorney General in the Office of the New York State Attorney General, attorney for the New York State Department of Taxation and Finance (hereinafter "NYS TAX").

2. I submit this certification in support of my admission *pro hac vice* pursuant to D.N.J. LBR 9010-1(b).

3. I am a member in good standing of the bars of the following Courts:

    All Courts of the State of New York, 1982

        United States District Court for the Northern District of New York, 1982
        United States District Court for the Southern District of New York, 1985
        United States District Court for the Eastern District of New York, 1985
        United States District Court for the Western District of New York, 2015
        Second Circuit Court of Appeals. 1996

I am also admitted in the United States Bankruptcy Courts for the above Districts and I am an enrolled Solicitor in the Republic of Ireland.

4. I have never been denied admission or disciplined in accordance with the Local Rules of this Court, nor have I ever been denied admission or disciplined in any other court.

5. I am in possession of and have reviewed a copy of the Local Rules of this Court.

6. Upon my admission *pro hac vice*, Jessica Agarwal, Esq. will serve as counsel of record upon whom all notices, orders, and pleadings shall be served.

7. I agree that upon my admission *pro hac vice*, I will be bound by the rules of this Court, including all applicable disciplinary rules and I will notify this Court immediately of any matter affecting my good standing in the bar of any jurisdiction.

Dated: May 24, 2023
       Albany, New York

                                                            /s/ Robert J. Rock
                                                           Robert J. Rock