**Fill in this information to identify the case:**

Debtor Name  Masahiko and Yasuko Negita, Co-Debtors

United States Bankruptcy Court for the: District of New Jersey

Case number: 23-12365

☒ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  05/2023                                   Date report filed: 06/21/2023
                                                                      MM / DD / YYYY

Line of business:  Individual wage earner         NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Masahiko Negita and Yasuko Negita, Co-De

Original signature of responsible party

Printed name of responsible party   Masahiko Negita anad Yasuko Negita

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☒ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☒ |
| 3. Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☒ |

Debtor Name **Masahiko and Yasuko Negita, Co-Debtors**          Case number **23-12365**

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $ 55,029.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

    Report the total from *Exhibit C* here.          $ 8,023.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

    Report the total from *Exhibit D* here.          − $ 10,332.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit.*          + $ -2,309.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.          = $ 52,720.00

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ 46,372.86

    *(Exhibit E)*

Debtor Name **Masahiko and Yasuko Negita, Co-Debtors**      Case number **23-12365**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**      $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?      _____
27. What is the number of employees as of the date of this monthly report?      _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____
30. How much have you paid this month in other professional fees?      $ _____
31. How much have you paid in total other professional fees since filing the case?      $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A — Projected (Copy lines 35-37 from the previous month's report.) | Column B = Actual (Copy lines 20-22 of this report.) | Column C Difference (Subtract Column B from Column A.) |
|---|---|---|---|
| 32. **Cash receipts** | $ 6,941.00 | $ 8,023.00 | $ -1,082.00 |
| 33. **Cash disbursements** | $ 9,836.00 | $ 10,332.00 | $ -496.00 |
| 34. **Net cash flow** | $ -2,895.00 | $ -2,309.00 | $ 586.00 |

35. Total projected cash receipts for the next month:      $ 6,941.00
36. Total projected cash disbursements for the next month:      - $ 9,836.00
37. Total projected net cash flow for the next month:      = $ -2,895.00

Debtor Name <u>Masahiko and Yasuko Negita, Co-Debtors</u>          Case number <u>23-12365</u>

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page **4**

Print      Save As...      Reset

Masahiko Negita
Yasuko Negita
Co-Debtors
Case No.: 23-12365
Cash Receipts
May  2023

| Date | Amount |
|------|--------|
| 05/12/2023 | 4,011.53 |
| 05/19/2023 | 30,894.45 |
| 05/24/2023 | 5,503.09 |
| 05/30/2023 | 4,011.53 |
| **Total** | 44,420.60 |
| Less: Transfers | (36,397.54) |
| Receipts from third parties | 8,023.06 |

**Exhibit C**

Masahiko Negita
Yasuko Negita
Co-Debtors
Case No.:  23-12365
Cash Disbursements
May 2023

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 05/01/2023 | dm | Clinton Auto Servic | 51.53 |
| 05/01/2023 | dm | CVS Pharmacy | 15.00 |
| 05/02/2023 | dm | Veolia | 113.70 |
| 05/02/2023 | 105 | NJ Vehicle Regisra | 64.50 |
| 05/02/2023 | 106 | Veolia | 156.94 |
| 05/03/2023 | dm | PSEG | 433.23 |
| 05/08/2023 | dm | United Airlines | 2,248.45 |
| 05/08/2023 | dm | United Airlines | 49.00 |
| 05/08/2023 | dm | United Airlines | 240.00 |
| 05/08/2023 | dm | Chase | 468.01 |
| 05/08/2023 | dm | PNC Bank | 3,836.97 |
| 05/08/2023 | dm | Whole Foods | 23.72 |
| 05/09/2023 | dm | Chase | 1,652.06 |
| 05/19/2023 | dm | TD Bank | 15.00 |
| 05/23/2023 | dm | CVS Pharmacy | 61.29 |
| 05/23/2023 | dm | The Hartford | 375.94 |
| 05/24/2023 | dm | TD Bank | 15.00 |
| 05/24/2023 | dm | Optimum | 511.56 |
| | | Total | 10,331.90 |

**Exhibit D**

Masahiko Negita
Yasuko Negita
Co-Debtors
Case No.:  23-12365
Post Petition Payables
as of May 31, 2023

| | | |
|---|---|---:|
| Rabinowitz, Lubetkin & Tully | 61-90 | 5,000.00 |
| Sean Raquet CPA LLC | 61-90 | 1,000.00 |
| Rabinowitz, Lubetkin & Tully | 31-60 | 16,250.56 |
| Sean Raquet CPA LLC | 31-60 | 2,262.50 |
| Rabinowitz, Lubetkin & Tully | 0-30 | 20,209.80 |
| Sean Raquet CPA LLC | 0-30 | 1,650.00 |
| | | |
| Total | | 46,372.86 |

**Exhibit E**

11:32 AM

06/19/23

# Negita
## Reconciliation Detail
### Wells Fargo 8343, Period Ending 05/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 17,309.70 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 18 items** | | | | | | |
| Check | 05/01/2023 | dm | Clinton Auto Service | X | -51.53 | -51.53 |
| Check | 05/01/2023 | dm | CVS Pharmacy | X | -15.00 | -66.53 |
| Check | 05/02/2023 | 106 | Veolia | X | -156.94 | -223.47 |
| Check | 05/02/2023 | dm | Veolia | X | -113.70 | -337.17 |
| Check | 05/02/2023 | 105 | NJ Vehicle Regisrati... | X | -64.50 | -401.67 |
| Check | 05/03/2023 | dm | PSEG | X | -433.23 | -834.90 |
| Check | 05/08/2023 | dm | PNC Bank | X | -3,836.97 | -4,671.87 |
| Check | 05/08/2023 | dm | United Airlines | X | -2,248.45 | -6,920.32 |
| Check | 05/08/2023 | dm | Chase | X | -468.01 | -7,388.33 |
| Check | 05/08/2023 | dm | United Airlines | X | -240.00 | -7,628.33 |
| Check | 05/08/2023 | dm | United Airlines | X | -49.00 | -7,677.33 |
| Check | 05/08/2023 | dm | Whole Foods | X | -23.72 | -7,701.05 |
| Check | 05/09/2023 | dm | Chase | X | -1,652.06 | -9,353.11 |
| Check | 05/19/2023 | dm | TD Bank | X | -15.00 | -9,368.11 |
| Check | 05/23/2023 | dm | The Hartford | X | -375.94 | -9,744.05 |
| Check | 05/23/2023 | dm | CVS Pharmacy | X | -61.29 | -9,805.34 |
| Check | 05/24/2023 | dm | Optimum | X | -511.56 | -10,316.90 |
| Check | 05/24/2023 | dm | TD Bank | X | -15.00 | -10,331.90 |
| Total Checks and Payments | | | | | -10,331.90 | -10,331.90 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 05/12/2023 | | | X | 4,011.53 | 4,011.53 |
| Transfer | 05/19/2023 | | | X | 30,894.45 | 34,905.98 |
| Transfer | 05/24/2023 | | | X | 5,503.09 | 40,409.07 |
| Deposit | 05/30/2023 | | | X | 4,011.53 | 44,420.60 |
| Total Deposits and Credits | | | | | 44,420.60 | 44,420.60 |
| Total Cleared Transactions | | | | | 34,088.70 | 34,088.70 |
| Cleared Balance | | | | | 34,088.70 | 51,398.40 |
| Register Balance as of 05/31/2023 | | | | | 34,088.70 | 51,398.40 |
| **Ending Balance** | | | | | **34,088.70** | **51,398.40** |

# Wells Fargo Everyday Checking

May 31, 2023 ■ Page 1 of 4



YASUKO NEGITA
MASAHIKO NEGITA
DEBTOR IN POSSESSION
CH11 CASE #23-12365 (NJ)
8 FLORAL TERRACE
TENAFLY NJ 07670

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ✓ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $17,309.70 |
| Deposits/Additions | 44,420.60 |
| Withdrawals/Subtractions | - 10,331.90 |
| **Ending balance on 5/31** | **$51,398.40** |

Account number: ████ 8343

YASUKO NEGITA
MASAHIKO NEGITA
DEBTOR IN POSSESSION
CH11 CASE #23-12365 (NJ)

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

May 31, 2023 ■ Page 2 of 4



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 5/1 | | Purchase authorized on 04/29 Clinton Auto Servi Tenafly NJ S583119641237980 Card 6491 | | 51.53 | |
| 5/1 | | Purchase authorized on 05/01 Cvs/Pharmacy #00 00749--1 Tenafly NJ P583121522989702 Card 6491 | | 15.00 | 17,243.17 |
| 5/2 | | Veolia Veolia 230502 10005947221111 Masahiko Negita | | 113.70 | |
| 5/2 | 105 | Check | | 64.50 | |
| 5/2 | 106 | Check | | 156.94 | 16,908.03 |
| 5/3 | | Public Service Pseg 007274524607 Masahiko Negita | | 433.23 | 16,474.80 |
| 5/8 | | Purchase authorized on 05/04 United 016248 800-932-2732 TX S463124501650772 Card 6491 | | 2,248.45 | |
| 5/8 | | Purchase authorized on 05/04 United 016985 800-932-2732 TX S583124504361172 Card 6491 | | 49.00 | |
| 5/8 | | Purchase authorized on 05/04 United 016985 800-932-2732 TX S583124504361172 Card 6491 | | 240.00 | |
| 5/8 | | Bill Pay Chase Auto Finance on-Line xxxxxxxxxx4001 on 05-08 | | 468.01 | |
| 5/8 | | Bill Pay Pnc Mortgage on-Line xxxxxx3754 on 05-08 | | 3,836.97 | |
| 5/8 | | Purchase authorized on 05/06 Wholefds Par 102 300 Berg Paramus NJ P583126578535887 Card 6491 | | 23.72 | 9,608.65 |
| 5/9 | | Bill Pay Chase Home Finance on-Line xxxxxx7902 on 05-09 | | 1,652.06 | 7,956.59 |
| 5/12 | | Edeposit IN Branch/Store 05/12/23 01:39:47 Pm 666 3Rd Ave New York NY 2205 | 4,011.53 | | 11,968.12 |
| 5/19 | | WT 051923442295 Kiraboshi Bank L /Org=Yasuko Negita Srf# 051923442295 Trn#230519018714 Rfb# | 30,894.45 | | |
| 5/19 | | Wire Trans Svc Charge - Sequence: 230519018714 Srf# 051923442295 Trn#230519018714 Rfb# | | 15.00 | 42,847.57 |
| 5/23 | | Purchase authorized on 05/23 Cvs/Pharm 0749--17-19 Tenafly NJ P000000277180769 Card 6491 | | 61.29 | |
| 5/23 | | Hartford Life & Ins. Prem U01769825 004 Negita, Yasuko OR | | 375.94 | 42,410.34 |
| 5/24 | | WT 052423555815 Japan Post Bank /Org=Etsuko Yokoyama Srf# 052423555815 Trn#230524016897 Rfb# | 5,503.09 | | |
| 5/24 | | Wire Trans Svc Charge - Sequence: 230524016897 Srf# 052423555815 Trn#230524016897 Rfb# | | 15.00 | |
| 5/24 | | Optimum 7802 Cable Pmnt 052323 04128505 N Masahiko | | 511.56 | 47,386.87 |
| 5/30 | | Edeposit IN Branch/Store 05/30/23 03:30:45 Pm 1 W Railroad Ave Tenafly NJ 2205 | 4,011.53 | | 51,398.40 |
| **Ending balance on 5/31** | | | | | **51,398.40** |
| **Totals** | | | **$44,420.60** | **$10,331.90** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|
| 105 | 5/2 | 64.50 | 106 | 5/2 | 156.94 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2023 - 05/31/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|

May 31, 2023 ■ Page 3 of 4



---

*Monthly service fee summary (continued)*

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived.
For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $500.00 | $7,956.59 | ☑ |
| · Total amount of qualifying electronic deposits | $500.00 | $0.00 | ☐ |
| · Age of primary account owner | 17 - 24 | | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

RC/RC

# ✓ IMPORTANT ACCOUNT INFORMATION

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS
(1-800-869-3557) to share your language preference.

---

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may
be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

---

**Other Wells Fargo Benefits**

June 15th is World Elder Abuse Awareness Day, and now is a great time to learn about ways to help protect yourself and your loved
ones from the rising risks of scams. Download a guide at www.wellsfargo.com/protectelders.

May 31, 2023 ■ Page 4 of 4



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.                 $ _____ | ____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | |

+ $ _____ | ____

**C** Add **A** and **B** to calculate the subtotal.                 = $ _____ | ____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | |

- $ _____ | ____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____ | ____

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**
Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**
Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**
Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**
Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved Member FDIC. NMLSR ID 399801



EQUAL HOUSING LENDER





# MERRILL
A BANK OF AMERICA COMPANY

**$877.46**

Online at: **www.mymerrill.com**

MRS YASUKO NEGITA
309 KNICKERBOCKER RD
TENAFLY NJ 07670-2417

Account Number: 484

24-Hour Assistance: (800) MERRILL
Access Code:

**Net Portfolio Value:** $877.46

Your Financial Advisor:
JOHN GAGLIARDO
75 ROCKEFELLER PLAZA 2ND FLOOR
NEW YORK NY   10019
john_gagliardo@ml.com
1-212-415-7723

## ■ CMA® ACCOUNT

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (04/29) | **$877.45** | |
| Total Credits | 0.01 | 0.05 |
| Total Debits | - | - |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | - | - |
| **Closing Value** (05/31) | **$877.46** | |

April 29, 2023 - May 31, 2023

## ASSETS

| | May 31 | April 28 |
|---|---|---|
| Cash/Money Accounts | 877.46 | 877.45 |
| Fixed Income | - | - |
| Equities | - | - |
| Mutual Funds | - | - |
| Options | - | - |
| Other | - | - |
| *Subtotal (Long Portfolio)* | *877.46* | *877.45* |
| **TOTAL ASSETS** | **$877.46** | **$877.45** |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | **$877.46** | **$877.45** |

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.

Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

8059

10 of 15

015

Online at: **www.mymerrill.com**

MRS YASUKO NEGITA
309 KNICKERBOCKER RD
TENAFLY NJ 07670-2417

Account Number: ___3455

# MERRILL
A BANK OF AMERICA COMPANY

**24-Hour Assistance:** (800) MERRILL
Access Code: ___

## Net Portfolio Value: $444.97

**Your Financial Advisor:**
JOHN GAGLIARDO
75 ROCKEFELLER PLAZA 2ND FLOOR
NEW YORK NY   10019
john_gagliardo@ml.com
1-212-415-7723

# ■ CMA® ACCOUNT
This account is enrolled in the Master Financial Service

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (04/29) | **$444.97** | |
| Total Credits | - | 0.01 |
| Total Debits | - | (125.00) |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | - | - |
| **Closing Value** (05/31) | **$444.97** | |

April 29, 2023 - May 31, 2023

| ASSETS | May 31 | April 28 |
|---|---|---|
| Cash/Money Accounts | 444.97 | 444.97 |
| Fixed Income | - | - |
| Equities | - | - |
| Mutual Funds | - | - |
| Options | - | - |
| Other | - | - |
| *Subtotal (Long Portfolio)* | *444.97* | *444.97* |
| **TOTAL ASSETS** | **$444.97** | **$444.97** |
| | | |
| **LIABILITIES** | | |
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **-** | **-** |
| **NET PORTFOLIO VALUE** | **$444.97** | **$444.97** |

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*

Investment products:  | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |