| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>(973) 597-9100<br>Jeffrey A. Cooper<br>Barry J. Roy<br>*Counsel to Debtors/Debtors-In-Possession* |  |
| In re:<br><br>MASAHIKO NEGITA and YASUKO NEGITA,<br><br>Debtors. | Case No. 23-12365 (SLM)<br><br>Chapter 11<br><br>(Subchapter V) |

Recommended Local Form:   ☐ Followed   ☒ Modified

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, John F. Kaley, being of full age, certify as follows:

1. I am seeking authorization for my firm, Doar Rieck Kaley & Mack ("Doar Rieck") to be retained as special counsel to Yasuko Negita (the Debtor").

2. My professional credentials include:

    I am an attorney-at-law duly admitted to practice before the courts of the state of New York and the Southern and Eastern Districts of New York and the Second Circuit Court of Appeals. I am Of Counsel to Doar Rieck. My firm and I possess the requisite expertise in the handling of criminal defense matters, including, but

not limited, to criminal contempt proceedings. I have been practicing law since 1976. My area of expertise is criminal defense in the federal courts. Prior to engaging in private practice in 1985, I was an Assistant United States Attorney for the Southern District of New York for seven years.

3. I am Of Counsel to Doar Rieck, having offices at Astor Building, 7th Floor, 217 Broadway, New York, New York 10007-2911.

4. The proposed arrangement for compensation, including range of hourly rates, if applicable, is as follows:

| | |
|---|---|
| Partners and Of Counsel: | $600 per hour |
| Associates | $350 to $450 per hour |
| Paraprofessionals | $90 to $150 per hour |

5. To the best of my knowledge, after reasonable and diligent investigation, my firm's connection with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, is as follows:

☒ None

☐ Describe connection:

6. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

2

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other; explain:

7. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

a. A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

☐ Yes    ☐ No

b. My qualifications and previous experience as an auctioneer include:

_____

c. Have you or any member of your firm ever been convicted of any criminal offense, other than motor vehicle violations?    ☐ Yes    ☐ No

If yes, explain:_____

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: July 10, 2023

*John F. Kaley*
Signature of Professional

John F. Kaley
Name of Professional

3