| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>(973) 597-9100<br>Barry J. Roy<br>Jeffrey A. Cooper<br>*Counsel for Debtors-in-Possession* | |
| In re:<br><br>MASAHIKO NEGITA and YASUKO NEGITA,<br><br>        Debtors. | Case No. 23-12365 (SLM)<br><br>Chapter 11<br><br>SubChapter V<br><br>Hon. Stacey L. Meisel<br><br>Hearing Date: August 1, 2023 at 2:00 p.m. |

## ADJOURNMENT REQUEST

1. I, Barry J. Roy

 ☒ am the attorney for: Masahiko Negita and Yasuko Negita,

 ☐ am self represented,

and request an adjournment of the following hearings for the reason set forth below.

Matter: Motion for Orders: (1) to Strike Masahiko Negita from SubChapter V; (2) the Bankruptcy Estates of Masahiko Negita and Yasuko Negita are Not Substantively Consolidated and Shall be Separately Determined; and (3) to Hold that Debtors are Not Entitled to Any Exemption with Respect to IRA and SEP IRA Accounts Listed in the Debtors Schedules [Docket No. 69].

Current hearing date and time: August 1, 2023 at 2:00 p.m.

New date requested: August 29, 2023 at 11:00 a.m.

Reason for adjournment request: Based on the Debtors' plan of reorganization filed on July 21, 2023, the parties believe that the issues addressed in the above referenced motion are more appropriate for a determination at the time of confirmation. The parties also

anticipate that additional discussions between the parties could result in either a consensual resolution of certain of the issues, or, at least, a narrowing of the issues. The Debtors, Movants, Office of the United States Trustee and the SubChapter V Trustee have also consented to the requested adjournment.

2. Consent to adjournment:

☒ I have the consent of all parties. ☐ do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:  7/27/2023          /s/ Barry J. Roy
                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☒Granted    New hearing date: 8/29/2023 at 11:00 AM    ☐Peremptory

☐Granted over objection(s)   New hearing date: _____    ☐Peremptory

☐Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*